**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **1121 PIER VILLAGE LLC,** | **Case No. 21-11466 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **2626 FRANKFORD LLC,** | **Case No. 21-11467 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **193 HANCOCK LLC** | **Case No. 21-11468 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **231 E 123 LLC,** | **Case No. 21-11469 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **285 KINGSLAND LLC,** | **Case No. 21-11470 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **PENN TREATY HOMES LLC,** | **Case No. 21-11471 (ELF)** |
| Debtor. | **Hearing Date: June 23, 2021**<br>**Hearing Time: 11:00 a.m.**<br>**Hearing Place: Courtroom 1** |

4846-0842-3915.v1-5/25/21

## **NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

1121 Pier Village LLC , Penn Treaty Homes LLC,  2626 Frankford LLC, 285 Kingsland LLC, 231 E 123 LLC and 193 Hancock LLC (collectively the "Debtors"), by and through their undersigned proposed counsel, have filed a Motion for an order directing joint administration of the Debtors' related chapter 11 cases (the "Motion").

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult an attorney).

1.	If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **June 8, 2021** you or your attorney must do all of the following:

(a)	File an answer explaining your position at the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)	Mail a copy to the attorney for the Movant:

Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165

2.	If you or your attorney do not take the steps described above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.	A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on **June 23, 2021 at 11:00 a.m.**, in Courtroom #1, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107-4299.

4.	If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at 215-408-2800 to determine whether the hearing has been canceled because no one filed a response thereto.

Dated: May 25, 2021  By:  */s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Phone: (215) 665-3140
Fax: (215) 665-3165
*Proposed Counsel to Chapter 11 Debtors 1121 Pier Village LLC, Penn Treaty Homes LLC, 2626 Frankford LLC, 285 Kingsland LLC, 231 E 123 LLC and 193 Hancock LLC*