**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **1121 PIER VILLAGE LLC,** | : | **Case No. 21-11466 (ELF)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **2626 FRANKFORD LLC,** | : | **Case No. 21-11467 (ELF)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **193 HANCOCK LLC** | : | **Case No. 21-11468 (ELF)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **231 E 123 LLC,** | : | **Case No. 21-11469 (ELF)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **285 KINGSLAND LLC,** | : | **Case No. 21-11470 (ELF)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PENN TREATY HOMES LLC,** | : | **Case No. 21-11471 (ELF)** |
| | : | |

**APPLICATION OF THE DEBTORS TO EMPLOY OBERMAYER REBMANN MAXWELL & HIPPEL LLP AS COUNSEL**

Debtors 1121 Pier Village LLC , Penn Treaty Homes LLC, 2626 Frankford LLC, 285 Kingsland LLC, 231 E 123 LLC and 193 Hancock LLC (collectively the "Debtors") hereby apply to this Court pursuant to 11 U.S.C. §327, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Rule 2014-1 of the United States Bankruptcy Court for the Eastern District of Pennsylvania Local Bankruptcy Rule ("L.B.R.") for an order authorizing the employment of Obermayer Rebmann Maxwell & Hippel LLP, as counsel to the Debtors and in support thereof respectfully represent as follows:

1. On May 23, 2021 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code").

2. The Debtors are preparing and will shortly be filing a motion for joint administration of the Debtors' affiliated bankruptcy cases.

3. The Debtors desire to employ, as their general bankruptcy counsel, the law firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), attorneys duly admitted to practice in this Court.

4. The professional services that the law firm of Obermayer is to render to the Debtors include, but are not limited to:

    a) providing the Debtors, and their management, including any restructuring professionals retained by the Debtors, with legal advice regarding their powers and duties;

    b) assisting in the preparation of any legal papers for the Debtors including but not limited to filing a Plan and Disclosure Statement; and

4811-5112-3947

2

    c)  performing all other legal services for the Debtors which may be necessary.

  4.  Obermayer has extensive experience in complex Chapter 11 cases, including real estate cases and has conducted to conclusion many Chapter 11 bankruptcy cases. The attorneys at Obermayer are well suited to serve as the Debtors' general bankruptcy counsel.

  5.  To the best of the knowledge of the Debtors, and except as disclosed herein, the law firm of Obermayer has no interest in any other party-in-interest in connection with this case and its employment would be in the best interest of the Debtors, and Obermayer is a "disinterested" person.

  6.  Obermayer previously represented the Debtors' principals, Alex Halimi and Saul Mazor jointly, alongside with the Debtors, in certain development related issues, and in workout efforts with the Debtors' secured creditor prepetition. Obermayer terminated that representation before undertaking to act as counsel to the Debtors. Obermayer will not be representing the principals who are, and have been represented since January 2021 by David B. Smith, Esquire and the firm Smith Kane Holman, LLC, who will act as the principal's personal counsel.

  7.  The Debtors will also be filing a Motion to Approve the Appointment of a Chief Restructuring Officer, Rudolph J. DiMassa ("DiMassa") to operate the Debtors post petition.

  8.  Obermayer has no professional relationship with DiMassa or the firm of Duane Morris, LLP.

  9.  Obermayer understands that any compensation and expenses paid to it must be approved by this Court upon Application consistent with the dictates of *In re Busy Beaver Building Center, Inc.*, 19 F.3d 833 (3rd Cir. 1994).

10. Compensation for professional services of Obermayer shall be charged at the hourly billing rates of $400.00 to $650.00 for attorneys and $90.00 per hour for paralegals depending upon the level of seniority of the individual performing the service.

WHEREFORE, the Debtors pray that they be authorized to retain and employ the law firm Obermayer Rebmann Maxwell & Hippel LLP to represent them as general bankruptcy counsel in these Chapter 11 Cases, and for such other further relief as is necessary and just.

Respectfully submitted,

Date: 5/25/2021       By: /s/ Alex A. Halimi
Alex A. Halimi as Manager of Gotham Deeds LLC
Manager of 1121 Pier Village LLC, 2626 Frankford LLC, 285 Kingsland LLC, 231 E 123 LLC and 193 Hancock LLC

Date: 5/25/2021       By: /s/ Alex A. Halimi
Alex A. Halimi as Manager of Gotham Bedrock LLC, Manager of Gotham Deeds LLC
Manager of Penn Treaty Homes LLC