**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **1121 PIER VILLAGE LLC,** | : | **Case No. 21-11466 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **2626 FRANKFORD LLC,** | : | **Case No. 21-11467 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **193 HANCOCK LLC** | : | **Case No. 21-11468 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **231 E 123 LLC,** | : | **Case No. 21-11469 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **285 KINGSLAND LLC,** | : | **Case No. 21-11470 (ELF)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PENN TREATY HOMES LLC,** | : | **Case No. 21-11471 (ELF)** |
| | : | |
| Debtor. | : | |

4811-5112-3947

**ORDER GRANTING APPLICATION OF THE DEBTORS TO EMPLOY OBERMAYER REBMANN MAXWELL & HIPPEL LLP AS COUNSEL**

AND NOW this _____ day of _____, 2021, upon consideration of the Application of debtors 1121 Pier Village LLC , Penn Treaty Homes LLC, 2626 Frankford LLC, 285 Kingsland LLC, 231 E 123 LLC and 193 Hancock LLC (collectively the "Debtors") to employ Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), as general bankruptcy counsel to the Debtors (the "Application"), and it appearing that the Obermayer attorneys are duly admitted to practice in this Court, and the Court being satisfied that Obermayer does not represent any other party-in-interest or hold an interest adverse to the Debtor in this case and is a disinterested person within the meaning of 11 U.S.C. §101(14), it is hereby:

ORDERED that the Application is GRANTED in its entirety; and it is further

ORDERED that the Debtors are hereby authorized to retain and employ Obermayer, as counsel in the within proceeding under Chapter 11 of the United States Bankruptcy Code; and it is further

ORDERED that compensation for professional services of Obermayer shall be charged at the hourly billing rates of $400.00 to $650.00 per hour for attorneys and $90.00 per hour for paralegals depending upon the level of seniority of the individual performing the service; and it is further

ORDERED that compensation to Obermayer is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States Bankruptcy Code, applicable Bankruptcy Rules and *In re Busy Beaver Building Center, Inc.*, 19 F.3d 833 (3rd Cir. 1994).

BY THE COURT:

_____
The Honorable Eric L. Frank
United States Bankruptcy Judge

4811-5112-3947

2