**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **1121 PIER VILLAGE LLC,** | **Case No. 21-11466 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **2626 FRANKFORD LLC,** | **Case No. 21-11467 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **193 HANCOCK LLC** | **Case No. 21-11468 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **231 E 123 LLC,** | **Case No. 21-11469 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **285 KINGSLAND LLC,** | **Case No. 21-11470 (ELF)** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **PENN TREATY HOMES LLC,** | |
| | **Case No. 21-11471 (ELF)** |

1

## ORDER GRANTING EXPEDITED CONSIDERATION

**AND NOW**, upon consideration Debtors' Motion (the "Motion") for the entry of an Order:

(A) Prohibiting the Debtors' utility service providers from altering, refusing, or discontinuing services on account of outstanding prepetition claims, and

(B) Establishing procedures for determining requests for additional adequate assurances of payment for future utility services; it is hereby **ORDERED** that:

1. Debtor's request for an expedited hearing is **GRANTED**.
2. A telephonic hearing to consider the Motion is scheduled on **June 16, 2021, at 11:00 a.m.**[1]
3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.
4. The Debtors shall serve a copy of this Order (and the Motion, if not already served) by facsimile, next day mail or by electronic means, including the Court's CM/ECF system, upon: (i) the Office of the United States Trustee; (ii) Sharestates; (iii) the utility companies listed in Exhibit "A" to the Motion; and (iv) all parties who have timely filed requests for notice under Bankruptcy Rule 2002.
5. Prior to the hearing on the Motion, the Debtors shall file Certificates of Service demonstrating compliance with Paragraph 4 above.

**Date: June 4, 2021**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.

4824-4654-1293.v1-6/4/21