## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 11 |
| 1121 Pier Village LLC | Case No. 21-11466(ELF) |
| Debtor. |  |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to **Local Rule 9010-1** and the attached certification, counsel moves the admission *pro hac vice* of James F. Lathrop, Esquire of Robinson & Cole LLP to represent The Henry J. Stewart Trust in this matter.

Dated:  July 2, 2021

*/s/ Rachel Jaffe Mauceri*
Rachel Jaffe Mauceri (I.D. # 209823)
**ROBINSON & COLE LLP**
1650 Market Street
Suite 3600
Philadelphia, PA  19103
Telephone:     215-389-0556
Facsimile:      215-827-5982
rmauceri@rc.com

*Counsel to The Henry J. Stewart Trust*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to **Local Rule 9010-1**, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of **Delaware and New York.** I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this **Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.**

Dated:  July 2, 2021                          */s/ James F. Lathrop*
                                             James F. Lathrop, Esq.
                                             **ROBINSON & COLE LLP**
                                             1201 North Market Street
                                             Suite 1406
                                             Wilmington, DE  19801
                                             Telephone:     302.516.1713
                                             Facsimile:      302.516.1699
                                             Email:           jlathrop@rc.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.