**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **1121 PIER VILLAGE LLC,** | **Bankruptcy No. 21-11466 (ELF)** |
| | **(Jointly Administered)** |
| **Debtor, et al.** | |

## CERTIFICATE OF SERVICE

I, Edmond M. George, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on July 7, 2021, I caused a true and correct copy of the foregoing Motion of Debtors to Establish Bar Dates Pursuant to Federal Rules Of Bankruptcy Procedure 2002(a)(7) and 3003(c)(3), proposed Order and proposed Notice to be served via USPS regular mail, postage prepaid or via electronic means including the Court's CM/ECF system as set forth on the attached service list.

*/s/ Edmond M. George*
Edmond M. George, Esquire

4825-1177-2401

## SERVICE LIST

Via CM/ECF

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Steven J. Adams, Esq. on behalf of Beacon Sales Acquisition, Inc., d/b/a Allied Building
Products
sja@stevenslee.com

Janet L. Gold, Esq. on behalf of Sharestates Investments LLC and Sharestates Investments
DACL LLC
jgold@egalawfirm.com

Scott P. Shectman, Esq. on behalf of Sharestates Investments LLC and Sharestates Investments
DACL LLC
sshectman@egalawfirm.com

Pamela Elchert Thurmond, Esq. on behalf of City of Philadelphia and/or Water Revenue Bureau
Pamela.Thurmond@phila.gov

Walter S. Zimolong, Esq. on behalf of Henry J. Stewart, Trustee under Section Fourth of the
Will of Henry B. Stewart, deceased f/b/o Henry J. Stewart
wally@zimolonglaw.com

John Schanne. Esq. on behalf of the United States Trustee for Region 3
John.Schanne@usdoj.gov

Joseph J. Tuso, Esq. on behalf of Sharestates Investments LLC and Sharestates Intercap Line
LLC
jtuso@reedsmith.com

Lauren S. Zabel, Esq. on behalf of Sharestates Investments LLC and Sharestates Intercap Line
LLC
lzabel@reedsmith.com

Rachel Jaffe Mauceri, Esq. on behalf of The Henry J. Stewart Trust
rmauceri@rc.com

4825-1177-2401

<u>Via Regular Mail</u>

Abitare Design Studio, LLC
39 N. 3rd Street
Philadelphia, PA 19106

Ambric Technology Corp.
100 Pine Street
Darby, PA 19023

Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

BM Consulting Services Inc.
1717 Fairmount Avenue
Philadelphia, PA 19130

Bohler Engineering
1515 Market Street
Suite 920
Philadelphia, PA 19102

Cider Mill Services Inc.
998 Shavertown Road
Garnet Valley, PA 19060

CTI Construction Inc.
3050 Whitestone Expy.
Suite 101B
Flushing, NY 11354

HBK Engineering
2401 Walnut Street
Suite 204
Philadelphia, PA 19103

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

Klehr Harrison
1835 Market Street
Philadelphia, PA 19103

4825-1177-2401

3

Live Lion Security
5014 16th Avenue
Suite 231
Brooklyn, NY 11204

NV5, Inc.
PO Box 74008680
Chicago, IL 60674

OK Rentals
640 Main Street
Darby, PA 19023

Pacvan
113 How Lane
New Brunswick, NJ 08901

Penn Treaty Views, LLC
630 N. 3rd Street
Philadelphia, PA 19123

Shovel Ready Projects LLC
630 North 3rd Street
Philadelphia, PA 19123

Triborough Scaffolding & Hoisting
3506 Farrington Street
Flushing, NY 11354

Urban Engineers, Inc.
530 Walnut Street
Philadelphia, PA 19106

Zooguy Renovations, LLC
340 Livingston Road
Linden, NJ 07036

National Grid
1 Metrotech Center
Brooklyn, NY 11201

Con Edison
30 Flatbush Avenue
Brooklyn, NY 11217

4825-1177-2401

NYC Water Board
59-17 Junction Blvd.
Flushing, NY 11373

Con Edison
4 Irving Place
NY, NY 10003

Small Business Administration
660 American Street
Philadelphia, PA 19147

Paramount Coverage Inc.
Global Risk Coverage
2241 East 1st Street
Brooklyn, NY 11223

NYC Department of Finance
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY 10007

Corcoran Group LLP
245 Bedford Ave
Brooklyn, NY 11211

Beacon Sales Acquisition
2430 East Tioga Street
Philadelphia, PA 19134

Commonwealth of Pennsylvania
Department of General Services
Real Estate Division
333 Market St #2, Harrisburg, PA 17101
Harrisburg, PA 17101

Isaac Mazur
19 E. Elizabeth Ave
Linden, NJ 07036

Penn Treaty Views: A Planned Community
93-16 71 Drive
Forest Hills, NY 11375