# UNITED STATES BANKRUPTCY COURT
Eastern   DISTRICT OF   Pennsylvania

| | |
|---|---|
| In Re. 193 Hancock LLC § § | Case No.  21-11468 |
| _____ § § | Lead Case No.  21-11466 |
| Debtor(s) | ☒ Jointly Administered |

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 06/30/2021                  Petition Date: 05/23/2021

Months Pending: 1                                   Industry Classification: 6 5 3 1

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):                           0

Debtor's Full-Time Employees (as of date of order for relief):    0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

_DocuSigned by:_
_Alex A. Halimi_ (signature)
Signature of Responsible Party                      Alex Halimi
                                                    Printed Name of Responsible Party
19 August 2021
Date
                                                    93-16 71 Drive, Forest Hills NY 11375
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                       1

| Debtor's Name | 193 Hancock LLC | Case No. | 21-11468 |
|---|---|---|---|

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $14 | |
| b. | Total receipts (net of transfers between accounts) | $25 | $25 |
| c. | Total disbursements (net of transfers between accounts) | $14 | $14 |
| d. | Cash balance end of month (a+b-c) | $25 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $14 | $14 |

| | Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---:|---|
| a. | Accounts receivable (total net of allowance) | $0 | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $729,451 | |
| c. | Inventory    (Book ○   Market ○   Other ●  (attach explanation)) | $0 | |
| d | Total current assets | $729,465 | |
| e. | Total assets | $5,338,038 | |
| f. | Postpetition payables (excluding taxes) | $25 | |
| g. | Postpetition payables past due (excluding taxes) | $0 | |
| h. | Postpetition taxes payable | $0 | |
| i. | Postpetition taxes past due | $0 | |
| j. | Total postpetition debt (f+h) | $25 | |
| k. | Prepetition secured debt | $1,060,000 | |
| l. | Prepetition priority debt | $0 | |
| m. | Prepetition unsecured debt | $4,415,045 | |
| n. | Total liabilities (debt) (j+k+l+m) | $5,475,070 | |
| o. | Ending equity/net worth (e-n) | $-137,032 | |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $14 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-14 | $-14 |

Debtor's Name  193 Hancock LLC                                                                                    Case No.  21-11468

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ | |

UST Form 11-MOR (06/07/2021)                                              3

Debtor's Name: 193 Hancock LLC  Case No. 21-11468

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ● No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

DocuSigned by: *Alex A. Halimi* (2EFCAADDF65245C...)
Signature of Responsible Party

Alex Halimi
Printed Name of Responsible Party

Managing Member
Title

19 August 2021
Date

UST Form 11-MOR (06/07/2021)  4

# f90 HANCOCK LLC
## Summary Balance Sheet
### As of June 30, 2021

|  | Jun 30, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 25.35 |
| Other Current Assets | 729,450.91 |
| **Total Current Assets** | 729,476.26 |
| **Fixed Assets** | 4,608,562.22 |
| **TOTAL ASSETS** | **5,338,038.48** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | 1,658,621.80 |
| **Total Current Liabilities** | 1,658,621.80 |
| Long Term Liabilities | 3,816,447.90 |
| **Total Liabilities** | 5,475,069.70 |
| **Equity** | -137,031.22 |
| **TOTAL LIABILITIES & EQUITY** | **5,338,038.48** |

# HANCOCK LLC
# Profit & Loss
### June 2021

|  | Jun 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 64900 · Office Supplies | 13.98 |
| **Total Expense** | 13.98 |
| **Net Ordinary Income** | -13.98 |
| **Net Income** | **-13.98** |



P.O. Box 15284
Wilmington, DE 19850

**BANK OF AMERICA**
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✍ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

193 HANCOCK LLC
9316 71ST DR
FOREST HILLS, NY  11375-6709

# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Platinum Honors

for June 1, 2021 to June 30, 2021                          Account number: 0913
**193 HANCOCK LLC**

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2021 | $14.33 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -13.98 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2021** | **$0.35** |

# of deposits/credits: 0
# of withdrawals/debits: 2
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $8.34

[1]*Includes checks paid,deposited items&other debits*

---

**BUSINESS ADVANTAGE**

Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation





**Your checking account**

193 HANCOCK LLC   |   Account # XXXXXXXXX 0913   |   June 1, 2021 to June 30, 2021

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| **Card account # XXXX XXXX XXXX 5733** | | |
| 06/01/21 | CHECKCARD  0528 GOOGLE *Google Storage 855-836-3987 CA 24692161149100471396872 RECURRING CKCD 5817 XXXXXXXXXXXX5733 XXXX XXXX XXXX 5733 | -1.99 |
| 06/21/21 | CHECKCARD  0620 DROPBOX*TVCM4DTZPKPJ DROPBOX.COM  CA 24692161172100722211250 RECURRING CKCD 4816 XXXXXXXXXXXX5733 XXXX XXXX XXXX 5733 | -11.99 |
| **Subtotal for card account # XXXX XXXX XXXX 5733** | | **-$13.98** |
| **Total withdrawals and other debits** | | **-$13.98** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We want to help you avoid overdraft and returned item fees.  Here are a few ways to manage your account and stay on top of your balance:
- Set up Overdraft Protection in Online Banking to avoid declined transactions and save on overdraft fees
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 05/28/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card has not been met
- ◯ $5,000+ combined average monthly balance in linked business accounts has not been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

---

**BUSINESS ADVANTAGE**

### Connect your business apps through Cash Flow Monitor

Manage your finances from a single dashboard. Simply sign in to Online or Mobile Banking[1] to access Cash Flow Monitor and Connected Apps.

**To learn more, visit bankofamerica.com/CashFlowMonitor.**

[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-06-20-0720.B  |  3137334

193 HANCOCK LLC   |   Account # ██████ 0913   |   June 1, 2021 to June 30, 2021

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
| --- | ---: | --- | ---: |
| 06/01 | 12.34 | 06/21 | 0.35 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

AV 01 232960 40880B633 A**5DGT
193 HANCOCK LLC
DEBTOR IN POSSESSION
9316 71 ST DR
FOREST HILLS NY  11375-6709

Page:                              1 of 2
Statement Period:   Jun 09 2021-Jun 30 2021
Cust Ref #:              4392854258-717-T-###
Primary Account #:                      4258

## TD Business Convenience Plus

193 HANCOCK LLC
DEBTOR IN POSSESSION

Account #                    4258

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 2.27 |
| Deposits | 25.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 25.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 22 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | DEPOSIT | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/09 | 0.00 | 06/29 | 25.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender