# Exhibit B

Penn Treaty Homes LLC; 1121 Pier Village LLC & 2626 Frankford LLC
13 Week Cash Collateral Budget

| | week ending 9/3/21 | week ending 9/10/21 | week ending 9/17/21 | week ending 9/24/21 | week ending 10/1/21 | week ending 10/8/21 | week ending 10/15/21 | week ending 10/22/21 | week ending 10/29/21 | week ending 11/5/21 | week ending 11/12/21 | week ending 11/19/21 | week ending 11/26/21 | week ending 12/3/21 | week ending 12/10/21 | week ending 12/17/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Income | - | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts Receivable collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash In:** | | | | | | | | | | | | | | | | |
| Loan Advances | 0 | | | | | | | | | | | | | | | |
| Total cash in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash Out:** | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | |
| Other Payments: | | | | | | | | | | | | | | | | |
| Legal / Accountant/UST | | | | | 865 | | | | | | | | | | | |
| Insurance (Penn Treaty) | | | 19,000 | | | | 19,000 | | | | | 19,000 | | 200,000 | | 19,000 |
| Insurance (Pier Village - Paid Annual Pre Petition) | | | | | | | | | | | | | | | | |
| Insurance (Frankford - Paid Annual Pre Petition) | | | | | | | | | | | | | | | | |
| Electric Utilities | | | | | | | | | | | | | | | | |
| Gas Utilities | | | | | | | | | | | | | | | | |
| Water / Sewer | | | | | | | | | | | | | | | | |
| Demolition (Penn Treaty) | | | 39,400 | | | 78,800 | | 78,800 | | 78,800 | | 111,308 | | | | |
| Lease Brokerage Fees (Keen Realty) | | | 25,000 | | | | | | | | | | | | | |
| Bank Fees / Wire Fees | | | | 30 | | | | 30 | | | | | 30 | | | |
| Real Estate Taxes (Penn Treaty Annual - $47,204) | | | | 3,934 | | | | 3,934 | | | | | 3,934 | | | |
| Real Estate Taxes (Pier Village Annual - $40,703) | | | | 3,392 | | | | 3,392 | | | | | 3,392 | | | |
| Real Estate Taxes (Frankford Annual - $8,257) | | | | 689 | | | | 689 | | | | | 689 | | | |
| Total Other Payments | 0 | 0 | 83,400 | 8,045 | 865 | 78,800 | 19,000 | 86,845 | 0 | 78,800 | 0 | 130,308 | 8,045 | 200,000 | 0 | 19,000 |
| Total Disbursements | 0 | 0 | 83,400 | 8,045 | 865 | 78,800 | 19,000 | 86,845 | 0 | 78,800 | 0 | 130,308 | 8,045 | 200,000 | 0 | 19,000 |
| Net operating cash flow (deficit) | 0 | 0 | (83,400) | (8,045) | (865) | (78,800) | (19,000) | (86,845) | 0 | (78,800) | 0 | (130,308) | (8,045) | (200,000) | 0 | (19,000) |
| Loc advances (payments) | | | | | | | | | | | | | | | | |
| Beginning cash | 0 | 0 | 0 | (83,400) | (91,445) | (92,310) | (171,110) | (190,110) | (276,955) | (276,955) | (355,755) | (355,755) | (486,063) | (494,108) | (694,108) | (694,108) |
| Ending Cash | 0 | 0 | (83,400) | (91,445) | (92,310) | (171,110) | (190,110) | (276,955) | (276,955) | (355,755) | (355,755) | (486,063) | (494,108) | (694,108) | (694,108) | (713,108) |
| Loan Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |