# EXHIBIT A:
# PREPETITION AMOUNTS

**231 E 123 LLC:**
Kingdom Elevator - $52,869.06
Tri Borough Scaffolding & Hoisting - $8,018.96
City Ironsmith Corp - $28,845.15
Sumwin HVAC Inc - $24,000.00
Everbright Maintenance Inc. - $39,000.00
QMB Plumbing & Heating Inc. - $20,150.00
JS Lin (Garbage) - $3,670.00
TOTAL: $176,553.17

**193 Hancock LLC:**
Tri Borough Scaffolding & Hoisting - $1,960.00
Everbright Maintenance Inc. - $24,000.00
Forerunner Creations - $13,500.00
Excellent Contracting LLC - $11,050.00
TOTAL: $50,510.00

**285 Kingsland LLC:**
Tri Borough Scaffolding & Hoisting - $37,000.00
CTI Construction (Waterproofing) - $23,109.00
TOTAL: $60,109.00


GRAND TOTAL: $287,172.17

4821-1757-4904