# Exhibit B

Landmark Cast Iron
Complete Specialty Metal Fabrication
Design Service

Tel: (718) 209-7030
Cell: (917) 838-6516
Fax: (718) 513-3737
RlodatoFRC@gmail.com

# Forerunner Creations

## Metal Fabrication of Every Description

250 East 88th Street
Brooklyn, NY  11236

# Invoice

To: Saul Mazor                                                          03/18/2021
    9316 71st Drive
    Whitestone NY 11357

 Project: 193 Hancock Street

### ITEMS

Total Contract Amount   **$53,950**

Payment # 1 Wired July 22, 2020   **$13,500**
Payment #2 Wired   Sept 15, 2020   **$13,500**


**Total Balance Due   $26,950**


**Let me know that you have sent the wire and I'll verify to you I have received it**

**Thanks,**

**Rich**


Thank you for your Business

★★ *Quality Above All Else* ★★

**PROPOSAL – CONTRACT PAPER**

# Excellent Contracting LLC

## *Brownstone Restoration Specialist*

(718) 502-4414 ● (347) 223-1570 ● excellentcontracting@gmail.com
902 41st Street Suite # B4, Brooklyn NY 11219

Date: <u>November 23, 2020</u>

The following job to be done as per contract between Excellent Contracting LLC and:

Customer: <u>CTI Construction Management (POC: Saul)</u> Tel: <u>(917) 418-7007</u>

Address:  <u>193 Hancock St, Brooklyn NY 11216</u>

| Scope of Work | Amount |
|---|---|
| **A. Brownstone Stoop Restoration:**<br>1. Obtain NYC Landmarks permit for the scope of work.<br>2. Use power chisel to chip off the brownstone stoop to a sound and solid base.<br>3. Apply slurry coat (bonding coat) over the rough surfaces.<br>4. Apply scratch coat over the slurry coat while the slurry coat is still moist.<br>5. Apply finish brownstone coat over the scratch coat, after the scratch coat has cured.<br>6. Wash to be done after brownstone is cured for surface finishing.<br>7. *Vestibule area is* **_not_** *included in the price.*<br><br>**B. Underside of the Steps Restoration:**<br>1. Drill a slot minimum of 20" deep on either side of the crack using a smaller size drill.<br>2. Clean out slots with air pressure or water in preparation for the mortar.<br>3. Apply non-shrink grout.<br>4. Install ¼" heli-pin with heli-bond.<br>5. Use power chisel to chip off the brownstone risers and treads to a sound and solid base.<br>6. Restore 100% to brownstone as described in Scope A.<br><br>The total price of the job is Twenty-Eight Thousand Five Hundred Dollars........................... | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>$28,500.00 |

**Payments:**
$4,500.00 due at signing the contract (Received October 21, 2020).
$9,500.00 due at the completion of the stoop scratch coat and underside of the steps structural work.
$9,500.00 due at beginning of the stoop finish coat and underside of the steps scratch coat.
$5,000.00 due at completion of the wash.

**Special Note:**
Previous contract, dated October 2, 2020, is null and void.

| Customer Signature _____ | | | |
|---|---|---|---|
| Contractor Signature _____ | | | |
| Date Signed        _____ | | | |

| | |
|---|---|
| **Subtotal** | **$28,500.00** |
| Tax | $_____ |
| **Total** | **$28,500.00** |
| Deposit | $ 4,500.00 |
| Balance | $24,000.00 |

★★*Quality Above All Else*★★

**PROPOSAL – CONTRACT PAPER**

# Excellent Contracting LLC

*Brownstone Restoration Specialist*

(718) 502-4414 ● (347) 223-1570 ● excellentcontracting@gmail.com
902 41st Street Suite # B4, Brooklyn NY 11219

Date: November 23, 2020

The following job to be done as per contract between Excellent Contracting LLC and:

Customer: CTI Construction Management (POC: Saul) Tel: (917) 418-7007

Address:  193 Hancock St, Brooklyn NY 11216

| Scope of Work | Amount |
|---|---|
| **Brownstone Mix:** | |

*Slurry Coat*
1-part white Portland cement
2-part type S lime
6 parts sand
Mix with water

*Scratch Coat*
1-part white Portland cement
1-part type S lime
6-part sand
Mix with water

*Finish Coat*
1-part brownstone tinted Portland cement
1-part type S lime
2-3-part sand
Dry pigments
Mix with water

| | | |
|---|---|---|
| Customer Signature _____ | **Subtotal** | **$28,500.00** |
| | Tax | $_____ |
| Contractor Signature _____ | **Total** | **$28,500.00** |
| Date Signed _____ | Deposit | $  4,500.00 |
| | Balance | $24,000.00 |

# ★★ *Quality Above All Else* ★★
### PROPOSAL – CONTRACT PAPER

# Excellent Contracting LLC
## *Brownstone Restoration Specialist*

(718) 502-4414 • (347) 223-1570 • excellentcontracting@gmail.com
902 41st Street Suite # B4, Brooklyn NY 11219

Date: November 23, 2020

The following job to be done as per contract between Excellent Contracting LLC and:

Customer: CTI Construction Management (POC: Saul) Tel: (917) 418-7007

Address:   193 Hancock St, Brooklyn NY 11216

| Scope of Work | Amount |
|---|---|
| **General Notes:**<br>• All prices quoted include all labor and materials, unless otherwise stated.<br>• All restoration work will be done as per NYC Landmarks guidelines.<br>• All protective measures will be taken during construction to safeguard property.<br>• All waste and debris resulting from the job will be cleaned and removed.<br>• Customer will provide water and electricity.<br>• Five (5) year warranty for restoration work.<br><br>**Insurance Coverage:**<br>• General Liability Coverage<br>• ***$5 Million Umbrella Coverage***<br>• ***Action Over Coverage*** (Coverage to owner, contractor, sub-contractor or any third parties for any injuries on job).<br>• Disability Coverage<br>• Worker's Compensation<br>• Six (6) story height coverage. | |

| Customer Signature _____ | **Subtotal** | **$28,500.00** |
|---|---|---|
| | Tax | $_____ |
| Contractor Signature _____ | **Total** | **$28,500.00** |
| Date Signed _____ | Deposit | $ 4,500.00 |
| | Balance | $24,000.00 |

Case 21-11466-elf    Doc 120-2    Filed 09/02/21    Entered 09/02/21 11:51:22    Desc
Exhibit B    Page 7 of 66

# Statement

TriBorough Scaffolding & Hoisting Inc.
35-06 Farrington Street 1st Floor
Flushing NY 11354

| Date |
|------|
| 7/29/2021 |

| To: |
|-----|
| CTI Construction Inc.
30-50 Whitestone Expy. Suit #101B
Flushing, NY 11354 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $53,788.22 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| | 285 Kingsland Ave Brooklyn - Lien- | | |
| 11/29/2019 | INV #12894. Due 11/29/2019. Orig. Amount $3,701.75. | 3,701.75 | 3,701.75 |
| 02/05/2020 | INV #13317. Due 02/05/2020. Orig. Amount $544.38. | 544.38 | 4,246.13 |
| 05/13/2020 | INV #13823. Due 05/13/2020. Orig. Amount $1,088.75. | 1,088.75 | 5,334.88 |
| 06/04/2020 | INV #13977. Due 06/04/2020. Orig. Amount $544.38. | 544.38 | 5,879.26 |
| 06/24/2020 | INV #14152. Due 06/24/2020. Orig. Amount $544.38. | 544.38 | 6,423.64 |
| 07/31/2020 | INV #14477. Due 07/31/2020. Orig. Amount $544.38. | 544.38 | 6,968.02 |
| 08/24/2020 | INV #14680. Due 08/24/2020. Orig. Amount $544.38. | 544.38 | 7,512.40 |
| 09/22/2020 | INV #14873. Due 09/22/2020. Orig. Amount $544.38. | 544.38 | 8,056.78 |
| 09/28/2020 | INV #14945. Due 09/28/2020. Orig. Amount $9,820.53. | 9,820.53 | 17,877.31 |
| 09/28/2020 | INV #14949. Due 09/28/2020. Orig. Amount $8,361.60. | 8,361.60 | 26,238.91 |
| 10/09/2020 | INV #15030. Due 10/09/2020. Orig. Amount $544.38. | 544.38 | 26,783.29 |
| 11/03/2020 | INV #15236. Due 11/03/2020. Orig. Amount $544.38. | 544.38 | 27,327.67 |
| 12/07/2020 | INV #15489. Due 12/07/2020. Orig. Amount $544.38. | 544.38 | 27,872.05 |
| 12/21/2020 | INV #15597. Due 12/21/2020. Orig. Amount $1,480.70. | 1,480.70 | 29,352.75 |
| 12/21/2020 | INV #15598. Due 12/21/2020. Orig. Amount $435.50. | 435.50 | 29,788.25 |
| 01/19/2021 | INV #15797. Due 01/19/2021. Orig. Amount $544.38. | 544.38 | 30,332.63 |
| 01/19/2021 | INV #15798. Due 01/19/2021. Orig. Amount $435.50. | 435.50 | 30,768.13 |
| 01/19/2021 | INV #15799. Due 01/19/2021. Orig. Amount $1,480.70. | 1,480.70 | 32,248.83 |
| 02/19/2021 | INV #15977. Due 02/19/2021. Orig. Amount $1,480.70. | 1,480.70 | 33,729.53 |
| 02/19/2021 | INV #15978. Due 03/21/2021. Orig. Amount $435.50. | 435.50 | 34,165.03 |
| 02/19/2021 | INV #15979. Due 02/19/2021. Orig. Amount $544.38. | 544.38 | 34,709.41 |
| 03/24/2021 | INV #16218. Due 04/23/2021. Orig. Amount $1,480.70. | 1,480.70 | 36,190.11 |
| 03/24/2021 | INV #16219. Due 03/24/2021. Orig. Amount $544.38. | 544.38 | 36,734.49 |
| 03/24/2021 | INV #16220. Due 04/23/2021. Orig. Amount $435.50. | 435.50 | 37,169.99 |
| 04/20/2021 | INV #16403. Due 05/20/2021. Orig. Amount $435.50. | 435.50 | 37,605.49 |
| 04/20/2021 | INV #16404. Due 04/20/2021. Orig. Amount $544.38. | 544.38 | 38,149.87 |
| 04/20/2021 | INV #16405. Due 05/20/2021. Orig. Amount $1,480.70. | 1,480.70 | 39,630.57 |
| 05/19/2021 | INV #16601. Due 06/18/2021. Orig. Amount $634.59. | 634.59 | 40,265.16 |
| 05/19/2021 | INV #16602. Due 05/19/2021. Orig. Amount $544.38. | 544.38 | 40,809.54 |
| 05/19/2021 | INV #16603. Due 06/18/2021. Orig. Amount $186.64. | 186.64 | 40,996.18 |
| 05/24/2021 | INV #17091. Due 06/23/2021. Orig. Amount $233.31. | 233.31 | 41,229.49 |
| 05/24/2021 | INV #17092. Due 06/23/2021. Orig. Amount $793.23. | 793.23 | 42,022.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|-----------|
| 0.00 | 3,627.09 | 9,986.18 | 2,460.58 | 37,714.37 | $53,788.22 |

# Statement

TriBorough Scaffolding & Hoisting Inc.
35-06 Farrington Street 1st Floor
Flushing NY 11354

| Date |
|---|
| 7/29/2021 |

| To: |
|---|
| CTI Construction Inc.<br>30-50 Whitestone Expy. Suit #101B<br>Flushing, NY 11354 |

| Amount Due | Amount Enc. |
|---|---|
| $53,788.22 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/18/2021 | INV #16823. Due 07/18/2021. Orig. Amount $2,802.75. | 2,802.75 | 44,825.47 |
| 06/18/2021 | INV #16824. Due 06/18/2021. Orig. Amount $1,360.94. | 1,360.94 | 46,186.41 |
| 06/18/2021 | INV #16825. Due 07/18/2021. Orig. Amount $824.34. | 824.34 | 47,010.75 |
| 06/18/2021 | INV #16826. Due 06/18/2021. Orig. Amount $1,360.94. | 1,360.94 | 48,371.69 |
| 06/18/2021 | INV #16827. Due 06/18/2021. Orig. Amount $2,525.90. | 2,525.90 | 50,897.59 |
| 06/18/2021 | INV #16828. Due 06/18/2021. Orig. Amount $2,890.63. | 2,890.63 | 53,788.22 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 3,627.09 | 9,986.18 | 2,460.58 | 37,714.37 | $53,788.22 |

**ESTIMATE**

# TRIBOROUGH
## Scaffolding & Hoisting

131-02 40th Road 2nd floor, Flushing, NY 11354
718-886-1300 (P)    718-886-7800 (F)
Email : Info@triboroscaffolding.com

| Date | Estimate # |
|------|-----------|
| 4/10/2018 | 13568 |

**Name/Address**

CTI CONSTRUCTION INC.
30-50 WHITESTONE EXPY.  SUIT #101 B
FLUSHING,NY 11354

**Ship To**

231 EAST 123RD STREET
NEW YORK

| Terms | Rep | FOB | Project |
|-------|-----|-----|---------|
| SEE NOTES | JB | | 231 EAST 123RD STREET |

| Item | Description | Total |
|------|-------------|-------|
| NEEDLE BEAMS | LABOR TO FURNISH, ERECT AND DISMANTLE A NEEDLE BEAM SYSTEM ON THE LEFT SIDE OF THE BUILDING APPROXIMATELY 65' LONG AND WILL BE BUILT ON THE 2ND FLOOR TO WITHSTAND THE SCAFFOLD ABOVE AS FOLLOWS:<br><br>INCLUDES:<br>1.PERMIT<br>2. 8" I BEAM TO 4" I BEAM TO TIN TO PLANK TO PANEL<br>3.DELIVERY AND PICK UP<br>4.THREE MONTHS RENT $950.00 PER 28 DAYS + TAX THERE AFTER<br><br>ECLUDES:<br>1.REPAIRS DUE TO DAMAGES CAUSED BY OTHERS<br>2.MAINTANCE<br>3.SIGN OFF ADD $400.00<br><br>PAYMENT TERMS:50% PRIOR TO START 40% AT TIME OF COMPLETION 10% PRIOR TO DISMANTLE | |

Jared Bohrer
Cell: 908-586-9726

Please fax signed estimate to 718-886-7800

| | |
|---|---|
| **Subtotal** | $ 18,500.00 |
| **Sales Tax (8.875%)** | $  1,641.87 |
| **TOTAL** | **$20,141.87** |

ALL EQUIPMENT and LABOR to MEET or EXCEED all OSHA REGULATIONS.

Signature _____

# ESTIMATE

**TRIBOROUGH**
Scaffolding & Hoisting

131-02 40th Road 2nd floor, Flushing. NY 11354
718-886-1300 (P)    718-886-7800 (F)
Emell : info@triboroscaffolding.com

| Date | Estimate # |
|------|-----------|
| 9/25/2018 | 15004 |

**Name/Address**
CTI CONSTRUCTION INC.
30-50 WHITESTONE EXPY.  SUIT #101 B
FLUSHING,NY 11354

**Ship To**
231 EAST 123RD STREET
NEW YORK

| Terms | Rep | FOB | Project |
|-------|-----|-----|---------|
| SEE NOTES | JB | | 231 EAST 123RD STREET |

| Item | Description | Total |
|------|-------------|-------|
| SCAFFOLD | LABOR TO FURNISH, ERECT AND DISMANTLE A SCAFFOLD ON NEIGHBORS ON THE RIGHT SIDE APPROXIMATELY 70' LONG X 20' TALL AS FOLLOWS:<br><br>INCLUDES:<br>1.PERMIT<br>2.ONE FULL LEVEL OF PLANK<br>3.NETTING ENTIRE SCAFFOLD<br>4.ACCESS LADDER<br>5.GUARD RAIL SYSTEM<br>6.DELIVERY AND PICK UP<br>7.THREE MONTHS RENT $500.00 PER28 DAYS + TAX THERE AFTER<br><br>EXCLUDES:<br>1.REPAIRS DUE TO DAMAGES CAUSED BY OTHERS<br>2.SIGN OFF ADD $400.00<br>3.MOVING OF PLANK AND TIES<br>4.MAINTANCE OF NETTING<br>5.ROOF PROTECTION UNDER THE SCAFFOLD<br><br>PAYMENT TERMS:50% PRIOR TO START 40% AT TIME OF COMPLETION 10% PRIOR TO DISMANTLE | |

Jared Bohrer
Cell: 908-586-9726

Please fax signed estimate to 718-886-7800

| | |
|---|---|
| Subtotal | $  8,250.00 |
| Sales Tax (8.875%) | $    732.18 |
| **TOTAL** | **$8,982.18** |

ALL EQUIPMENT and LABOR to MEET or EXCEED all OSHA REGULATIONS.

Signature _____

# TRI BOROUGH SCAFFOLDING & HOISTING, INC.

## 3506 FARRINGTON STREET, FLUSHING, NY 11354

### T:718-886-1300  F:718-886-7800

## SCAFFOLD CONTRACT TERMS

1. If there are any modifications to the original layout of the job there will be a change order written for additional monies above and beyond the Contract Amount. Please be advised that it is our policy to have a signed change order prior to performing any additional work.

2. Should the Contractor fail to pay any amount due or to become due and should the collection there of be referred to an attorney, then, in addition to all sums due under this agreement, the contractor shall pay to Tri Borough Scaffolding & Hoisting, Inc. all attorney feeds, court costs and expenses.

3. WARNING – OSHA Regulations – do not tamper with ties or braces, scaffold collapse may occur.

4. WARNING – OSHA Regulations – the scaffold is a work platform not a storage platform.

_____          _____
Signature                                                    Date

Contractor   *Jonathan Chang*
*CTI. Construction Inc.*

*Corporate Office:* 3506 Farrington Street 1st Floor Flushing, NY 11354
Phone: 718-886-1300   Fax: 718-886-7800

# TRIBOROUGH
### Scaffolding & Hoisting

131-02 40th Road 2nd floor, Flushing, NY 11354
718-886-1300 (P)    718-886-7800 (F)
Email : info@triboroscaffolding.com

ESTIMATE

| Date | Estimate # |
|------|-----------|
| 4/10/2018 | 13569 |

**Name/Address**
CTI CONSTRUCTION INC.
30-50 WHITESTONE EXPY.  SUIT #101 B
FLUSHING,NY 11354

**Ship To**
231 EAST 123RD STREET
NEW YORK

| Terms | Rep | FOB | Project |
|-------|-----|-----|---------|
| SEE NOTES | JB | | 231 EAST 123RD STREET |

| Item | Description | Total |
|------|-------------|-------|
| SCAFFOLD | LABOR TO FURNISH, ERECT AND DISMANTLE A SCAFFOLD ON THREE SIDES OF THE BUILDING AS FOLLOWS:<br><br>FRONT 25' LONG X 60' TALL<br>LEFT SIDE ON TOP OF NEEDLE BEAMS 50' LONG X 50' TALL<br>BACK OF THE BUILDING 25' LONG X 60' TALL<br><br>INCLUDES:<br>1.PERMIT<br>2.TWO FULL LEVELS OF PLANK *(ON EACH LEVEL) & out riggers* [ONE]<br>3.NETTING ENTIRE SCAFFOLD<br>4.STAIR TOWERS (2)<br>5.GUARD RAIL SYSTEM<br>6.DELIVERY AND PICK UP<br>7.THREE MONTHS RENT $1815.00 PER28 DAYS + TAX THERE AFTER<br><br>EXCLUDES:<br>1.REPAIRS DUE TO DAMAGES CAUSED BY OTHERS<br>2.SIGN OFF ADD $400.00<br>3.MOVING OF PLANK AND TIES<br>4.MAINTANCE OF NETTING<br>PAYMENT TERMS:50% PRIOR TO START 40% AT TIME OF COMPLETION<br>10% PRIOR TO DISMANTLE | |

Jared Bohrer
Cell: 908-586-9726

Please fax signed estimate to 718-886-7800

| | |
|---|---|
| Subtotal | $ 30,250.00 |
| Sales Tax (8.875%) | $  2,684.68 |
| **TOTAL** | **$32,934.68** |

ALL EQUIPMENT and LABOR to MEET or EXCEED all OSHA REGULATIONS.

Signature _____

# TRIBOROUGH
### Scaffolding & Hoisting

**ESTIMATE**

| Date | Estimate # |
|------|-----------|
| 3/2/2018 | 13304 |

131-02 40th Road 2nd floor, Flushing, NY 11354
718-886-1300 (P)    718-886-7800 (F)
Email : info@triboroscaffolding.com

**Name/Address**
CTI CONSTRUCTION INC.
30-50 WHITESTONE EXPY.  SUIT #101 B
FLUSHING,NY 11354

**Ship To**
231 EAST 123RD STREET
NEW YORK

| Terms | Rep | FOB | Project |
|-------|-----|-----|---------|
| SEE NOTES | JB | | 231 EAST 123RD STREET |

| Item | Description | Total |
|------|-------------|-------|
| HDSB | LABOR TO FURNISH, ERECT AND DISMANTLE HEAVY DUTY SIDE WALK BRIDGE APPROXIMATELY 35' LONG X 8' TALL X 10' WIDE INCLUDING 5' PAST ON BOTH SIDES AS FOLLOWS:<br><br>INCLUDES:<br>1.ERECT AND DISMANTLE<br>2.ONE PERMIT<br>3.THREE MONTHS RENT $450.00 PER 28 DAYS + TAX THERE AFTER<br>4. 200 WATT VAPOR PROOF LIGHTS<br><br>ECLUDES:<br>1.REPAIRS DUE TO DAMAGES CAUSED BY OTHERS<br>2.SIGN OFF ADD $400.00 EACH<br>3.MAINTANCE OF LIGHTS<br><br>PAYMENT TERMS:50% PRIOR TO START 40% AT TIME OF COMPLETION<br>10% PRIOR TO DISMANTLE | |

Jared Bohrer
Cell: 908-586-9726

Please fax signed estimate to 718-886-7800

| | |
|---|---|
| Subtotal | $  7,000.00 |
| Sales Tax (8.875%) | $     621.25 |
| **TOTAL** | **$7,621.25** |

ALL EQUIPMENT and LABOR to MEET or EXCEED all OSHA REGULATIONS.

Signature _____

## Agreement between General Contractor and Subcontractor

**The Agreement** made this 27th day of September, 2018 by and between:

**The General Contractor:**

**CTI CONSTRUCTION INC**
*3050 Whitestone Expy, Suite 101B,*
*Flushing, NY 11354*
*TEL:   (718) 886-8845*
*FAX:  (718) 539-0556*

**The Subcontractor:**

*Sumwin HVAC Inc.*
*80-27 Langdale*
*Floral Park, NY 11040*
*TEL:   (718) 820-2232 or 917-337-7897*

**For the following project:**

*231 E. 123rd St, Manhattan, NY 10035 (Block: 1788 ; Lot: 13)*
*Proposed 6 Story Building with 11 Family Residence*

**The General Contractor and the Subcontractor agree as follows:**

**Section 1. SCOPE OF WORK.**      Subcontractor agrees to furnish all labor, materials, equipment and other facilities required to complete the following work based on the Proposal provided by attached Sumwin Heating & Cooling Inc on dated September, 27th 2018.

**Section 2. PRICE AND PAYMENT.**      General Contractor agrees to pay Subcontractor for the strict performance of his work the sum of: One Hundred Eight Thousand Dollars Only ($108,000.00), subject to adjustments for changes in the work as may be directed in writing by General Contractor.

Payment to be made based upon applications for payment submitted to the General Contractor by the Subcontractor, the General Contractor shall make progress payments on account of the Subcontract Sum to the Subcontractor as below:

   A. $30,000.00 upon signing of this contract.
   B. $40,000.00 upon Complete of installing duct pipe and vent and partial HVAC.
   C. $20,000.00 upon completion of installing the HVAC unit in a working condition

D. $18,000.00 upon Inspection Pass

**Section 3. TIME**. Time is of the essence of this Agreement. Subcontractor shall provide General Contractor with scheduling information in a form acceptable to General Contractor and shall conform to General Contractor's progress schedules, including any changes made by General Contractor in the scheduling of work. Subcontractor shall coordinate its work with that of all other contractors, subcontractors, suppliers and/or materialmen so as not to delay or damage their performance.

**Section 4. CHANGES IN WORK.** Subcontractor shall make no changes in the work covered by this Agreement without written direction from the General Contractor. Subcontractor shall not be compensated for any change which is made without such written direction. No changes in the work covered by this Agreement shall exonerate any surety or any bond given in connection with this Agreement.

**Section 5. CLAIMS**. If any dispute shall arise between General Contractor and Subcontractor regarding performance of the work, or any alleged change in the work, Subcontractor shall timely perform the disputed work and shall give written notice of a claim for additional compensation for the work prior to commencement of the disputed work. Subcontractor's failure to give written notice prior to commencement constitutes an agreement by Subcontractor that it will receive no extra compensation for the disputed work.

**Section 6. INSPECTION AND PROTECTION OF WORK.** Subcontractor shall make the work accessible at all reasonable times for inspection by the General Contractor. Subcontractor shall at the first opportunity inspect all material and equipment delivered to the job site by others to be used or incorporated in the Subcontractor s work and give prompt notice of any defect therein. Subcontractor assumes full responsibility to protect the work done hereunder until final acceptance by the Architect Owner and General Contractor.

**Section 7. CLEANING UP.** The Subcontractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations performed under this Subcontract. The subcontractor shall not be held responsible for conditions caused by other contractors or subcontractors.

**Section 8. TERMINATION.** (i) Should Subcontractor fail to rectify any contractual deficiencies, including failure to pay its creditors, within three (3) working days from receipt of General Contractor's written notice, General Contractor shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to subcontractor, who shall be liable for the full cost of General Contractor's corrective action, including overhead, profit and actual attorneys' fees. (ii) General Contractor may at any time and for any reason terminate Subcontractor's services hereunder at General Contractor's convenience. In the event of termination for convenience, Subcontractor shall recover only the actual cost of work completed to the date of termination, in approved units of work or percentage of completion, plus fifteen percent (15%) of the actual cost of the completed work for

overhead and profit. Subcontractor shall not be entitled to any claim or lien against General Contractor, Owner or anyone else for any additional compensation or damages in the event of such termination.

**Section 9.  INDEMNIFICATION.**

1.1  In consideration of the Contract Agreement, and to the fullest extent permitted by law, the Subcontractor shall Defend and shall indemnify, and hold harmless, at Subcontractor's Sole expense, the Owner and/or General Contractor of the property and the officers, directors, agents, employees, successors and assigns of each of them from and against a liability or claimed liability for bodily injury or death to any person(s),and for any and all property damage or economic damage, including a attorney fees, disbursements and related costs, arising out of or resulting from the Work covered by this Contract Agreement to the extent such Work was perfumed by or contracted through the Subcontractor or by anyone for whose acts the Subcontractor may be held liable, excluding only liability created by the sue and exclusive negligence of the Indemnified Parties. This indemnity agreement shall survive the completion of the Work specified in the Contract Agreement.

1.2  In claims against any person or entity indemnified under this Paragraph 1.0 by an employee of the Subcontractor, the Subcontractor's Sub-subcontractors, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this paragraph 1.0 shall not be limited by a limitation on amount or type of damages, compensation, or benefits payable by or for the Subcontractor or the Subcontractor's Sub-subcontractors under Workers' or Workmen's compensation Acts or other employee benefit acts.

1.3  The obligations of the Subcontractor under this paragraph 1.0 shall not extend to the liability of the Architect, the Architect's consultants, and agents and employees of any of them arising out of (1) the preparation or approval of maps, drawing, opinions, reports, surveys, change orders, designs, or specifications, or (2) the giving of or the failure to give directions or instruction by the Architect, the Architect's consultants,  and agents and employees of any of them provided such giving or failure to give is the primary cause of the injury or damage.

1.4  Subcontractor waives all rights against General Contractor, Owner and Architect and their agents, offices, directors and employees for recovery of damages to the extent that these damages are covered by Commercial General Liability Umbrella liability, business auto liability or workers compensation and employers liability maintained per insurance requirements stated above.

**Section 10.  INSURANCE.**        The Subcontractor shall procure and shall maintain until final acceptance of the Work, Such insurance as will protect the Owner and/or General Contractor, and their officers, directors, agents and employees, for claims Arising out of or resulting from Subcontractor's Work under this Contract Agreement, whether performed by the Subcontractor or by anyone directly or indirectly employed by Subcontractor, or by anyone for whose acts Subcontractor may be liable. Such insurance shall be provided by an insurance carrier rated "A-" or better by A.M. Best and lawfully authorized to do business in the jurisdiction where the Work is being performed.

1)  The Subcontractor's insurance shall include contractual liability Coverage and additional insured coverage For the benefit of the Owner and/or General Contractor and anyone else

requested by the Owner and/or General Contractor, and shall specifically include coverage for completed operations. The insurance required to be carried by the Subcontractor shall be PRIMARY AND NON-CONTRIBUTORY. With respect to each type of insurance specified hereunder, the Owner's and/or General Contractor's insurance shall be excess to Subcontractor's insurance.

2) The Subcontractor warrants that the coverage provided under the commercial general liability policy shall be written on an occurrence : basis with coverage as broad as the Insurance Service Office Inc's form and that no policy provisions shall restrict, reduce, limit or otherwise impair contractual liability coverage or the Owner's and/or Subcontractor's status as additional insured.

3) Not less than five(5) days prior to commencement of the Work and until final acceptance of the Work, Subcontractor shall provide Owner and/or General Contractor with certificate(s) of insurance evidencing the required insurance coverage with the limits stated below or elsewhere in the Subcontract documents. The Subcontractor shall provide Owner and/or General Contractor thirty (30) days written notice of a change or cancellation in coverage. In addition, an insurance policies shall state that the insurer will provide Owner and/or General Contractor thirty (30) days prior written notice of a change or cancelation in coverage.

4) Unless otherwise stipulated in the Contract Agreement, the Subcontractor shall maintain no less than the limits specified for each of the following insurance coverages:

  a. Commercial General Liability using an industry standard unmodified coverage forms including contractual liability with minimum limits of $ 1,000,000 each occurrence, $2,000,000 aggregate with either per project or per location endorsement for property damage and bodily injury.

  b. Comprehensive Automobile Liability insurance with minimum limits of $ 1,000,000 combined single limit each accident, including bodily injury and property damage liability.

  c. Worker's Compensation and disability benefit insurance including Occupational Disease in the minimum amounts as required by the jurisdiction where the Work is performed.

5) The Subcontractor and his insurer shall waive all rights of subrogation against the Owner and/or General Contractor and any other indemnified parties, except as respect Worker's Compensation insurance.

6) If Subcontractor engages a Sub-Subcontractor, it is the affirmative duty of the Subcontractor to ensure that Sub-Subcontractor complies with the insurance and indemnification requirements of this Contract Agreement.

List of Indemnified Parties and Additional Insured:

Owner:                    231 E. 123 LLC
                          231 EAST 123 STREET,
                          NEW YORK, NY 10035

General Contractor:       CTI Construction Inc.,
                          3050 Whitestone Expy, Suite 101B, Flushing, NY 11354



Z L

**Section 11.  WARRANTY.**        Subcontractor warrants to Owner and General Contractor that all materials and equipment furnished shall be new unless otherwise specified and that all work under this Agreement will be performed in a good and workmanlike manner, shall be of good quality, free from faults and defects and in conformance with the Contract Documents.  All work not conforming to these requirements including substitutions not properly approved and authorized, may be considered defective The warranty provided in this section 14 shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Contract Documents.

This Agreement entered into as of the date and year first written above.

**General Contractor:**                                              **Subcontractor:**

Signature:   _____          Signature:   _____

Name:        Jonathan Chang                                       Name:        Zeng Qiang Lin

Title:         President                                                    Title:         _____

Date:         09/22/28                                                    Date:         9/27/18

# Sumwin Heating & cooling inc

Tel: 718-820-2232    917-337-7897.

Proposal

Date: September, 27th 2018

Address: 231 East 123 street Manhattan

安装 11 套三菱一拖二分体冷暖气系统, 共计 11

台 6000BTU 和 11 台 12000BTU 内机和 11 台外机

，1 套三菱一拖一 12000BTU 分体冷暖气，安装所有

卫生间和厨房所有的换气排烟系统，安装热水炉

PVC 排气管道(不包括材料）

工程包括所有三菱冷气的机器设备和材料，不做电

源和钢粱



共计：＄108000

ZL

**CTI CONSTRUCTION MANAGEMENT, LLC**
3050 WHITESTONE EXPY, STE.101B
FLUSHING, NY 11354-1995

1440

1-2/210

DATE _9/27/18_

PAY TO THE ORDER OF _SUMWIN HVAC INC._                    $ 30,000.00

_Thirty Thousand only_                                    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _231 E. 123 St - HVAC deposit._

⑈00⑈440⑈ ⑈021000021⑈ ⑈261170⑈6⑈

# *Proposal*

## QMB PLUMBING & HEATING, INC.

32-37 62ND Street, Woodside, NY 11377
Tel.: (718) 728-1883 Fax: (718) 728-1866

NYC Master Plumber Lic. No. 1892
NYC Master Fire Suppression Lic. No. 885-B

| | |
|---|---|
| **Proposal Submitted To:** CTI Construction Inc. | **Date** 12/08/2017 |
| **Phone:** 718-886-8845 | **Email:** |

**Address:** 30-50 Whitestone Expressway, Flushing NY 11354

**Job Name/ NO.** 121193617

**Job Location:** 231 East 123 Street, Manhattan NY 10035

We refer to the above project and now send you herewith the proposal for your consideration.

1. Apply and obtain sprinkler & plumbing permits for job #121193617.
2. Conduct sprinkler & plumbing inspection & sign off the job #121193617.
3. Install sprinkler head 17 pcs. at 1/F, 16 pcs. at 2/F, 13 pcs. at 3/F, 13 pcs. at 4/F, 13 pcs. at 5/F, 13 pcs. at 6/F, 1 pc. at Roof and 4 pcs. at Chute.
4. Supply & install 3" DCDA with ¾" bypass meter    *4" DCDA*
5. Supply & install 2" RPZ/Backflow Preventer 1pc.
6. Supply & install 4 pcs. Roof Drain.
7. Supply & install Floor drain 8 units at Cellar, 1 unit at 1/F, 3 units at 2/F, 3 units at 3/F, 3 units at 4/F, 3 units at 5/F and 2 units at 6/F.
8. Supply & install total of 13 pcs. HWH (MFR: Navien Model: CH-180-ASMF17000-150.000BTU/H) 2 pcs at Cellar, 2 pcs. at 2/F, 2 pcs. at 3/F, 2 pcs. at 4/F, 2 pcs. at 5/F and 1 pc. at 6/F (not include flue pipe & FAI).
9. Supply & install 250 gas meter bar 11 pcs. at Cellar.
10. Install Dishwasher 2 pcs. at 1/F, 2 pcs. at 2/F, 2 pcs. at 3/F, 2 pcs. at 4/F, 2 pcs. at 5/F and 1 pc. at 6/F.
11. Install Dryer 3 pcs. at Cellar.    *Change to Total 3 Electric DRYERS.*
12. Install Cooking Equip-residential 2 pcs. at 1/F, 2 pcs. at 2/F, 2 pcs. at 3/F, 2 pcs. at 4/F, 2 pcs. at 5/F and 1 pc at 6/F.
13. Install Sink-residential 2 pcs. at 1/F, 2 pcs. at 2/F, 2 pcs. at 3/F, 2 pcs. at 4/F, 2 pcs. at 5/F and 1 pc. at 6/F.
14. Install Toilet (water closet) 1 pc. at Cellar, 2 pcs. at 1/F, 2 pcs. at 2/F, 2 pcs. at 3/F, 2 pcs. at 4/F, 2 pcs. at 5/F and 3 pcs. at 6/F.
15. Install Lavatory (common washbasin) 1 pc. at Cellar, 2 pcs. at 1/F, 2 pcs. at 2/F, 2 pcs. at 3/F, 2 pcs. at 4/F, 2 pcs. at 5/F and 3 pcs. at 6/F.    *4 PCS*
16. Install bathtub 2 pcs. at 1/F, 2 pcs. at 2/F, 2 pcs. at 3/F, 2 pcs. at 4/F, 2 pcs. at 5/F and 2 pcs. at 6/F.

*17. Install WASHING MACHINE 4 PCS. at Cellar*
*18. Supply & Install 1 Storm House Trap, 1 Sanitary House trap.*

Note: Please be informed that this proposal includes roughing and installation as approved plan. All plumbing fixtures including faucets and appliances are provided by owner.

**Total Contract Price**          **$345,000.00**
                              ============



Page 1 of 2

# *Proposal*

## QMB PLUMBING & HEATING, INC.

32-37 62ND Street, Woodside, NY 11377

Tel.: (718) 728-1883 Fax: (718) 728-1866

NYC Master Plumber Lic. No. 1892

NYC Master Fire Suppression Lic. No. 885-B

| | |
|---|---|
| **Proposal Submitted To:** CTI Construction Inc. | **Date** 12/08/2017 |
| **Phone:** 718-886-8845 | **Email:** |

**Address:  30-50 Whitestone Expressway, Flushing NY 11354**

**Job Name/ NO.**  121193617

**Job Location:**  231 East 123 Street, Manhattan NY 10035

## Payment to be made as follows:

① 10% deposit upon signing the contract      $ 34,500

② 10% start sanitary and storm roughing      $ 34,500

③ 10% complete sanitary and storm roughing      $ 34,500

④ 10% start cold and hot water supply      $ 34,500

⑤ 10% complete cold and hot water supply      $ 34,500

⑥ 20% sprinkler roughing      $ 69,000

⑦ 20% install plumbing fixture/sprinkler finish      $ 69,000

⑧ 10% balance signing off the job      $ 34,500

-----------------------------------------------------------------------------

**Accepted of Proposal**

Print Name: Jonathan Chang

Title: President

Signature: _____ 07/23/19

**Authorized Signature**

_____

Simon Hung

President

QMB Plumbing & Heating Inc.

Page 2 of 2

QMB Plumbing & Heating Inc.

# Invoice

32-37 62nd Street
Woodside, NY 11377
Tel: 718-728-1883 Fax: 718-728-1866
Email: qmbplumbing@yahoo.com

| Date | Invoice # |
|---|---|
| 9/21/2018 | 1169 |

| Bill To |
|---|
| CTI Construction Management, LLC.<br>Jonathen Chang |

| Project Location |
|---|
| 231 East 123 Street<br>New Yokr |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Change order for job #121193617<br>1. Relocate kitchen sinks 1 pc at 1/F rear, 2/F rear, 3/F rear, 4/F rear, 5/F rear, 6/F rear.<br>2. Relocate floor drain 4 pcs from 2/F to 5/F at boiler room.<br>3. Relocate sprinkler heads 4 pcs from 2/F to 5/F.<br>4. Relocate gas piping from 1/F to 5/F. | | 6,000.00 | 6,000.00 |
| 5. Install additional sprinkler heads, 2 pcs at 1/F, 2 pcs at 2/F, 2 pcs at 3/F, 2 pcs at 4/F, 2 pcs at 5/F, 2 pcs at 6/F, 1 pc at Roof. | | 4,500.00 | 4,500.00 |
| 6. Install 2 washers and 2 floor drains at 2/F<br>7. Install 2 washers and 2 floor drains at 3/F<br>8. Install 2 washers and 2 floor drains at 4/F<br>9. Install 2 washers and 2 floor drains at 5/F<br>10. Install 1 washer1 and 1 floor drain at 6/F | | 15,000.00 | 15,000.00 |

Thank You

| Total | $25,500.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $25,500.00 |

**QMB Plumbing & Heating Inc.**

32-37 62nd Street
Woodside, NY 11377
Tel: 718-728-1883 Fax: 718-728-1866
Email: qmbplumbing@yahoo.com
NYC Master Plumber Lic # 1892
NYC Master Fire Suppression Lic # 885-B

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/5/2018 | 1207 |

| Bill To |
|---------|
| CTI Construction Management, LLC.<br>Jonathen Chang |

| Project Location |
|------------------|
| 231 East 123 Street<br>New York, NY 10035 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 2nd Change order for job #121193617<br>1. Set up new duplex sewers ejection pump in cellar. | | 6,500.00 | 6,500.00 |

Thank You

| | |
|---|---|
| **Total** | $6,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,500.00 |

**QMB Plumbing & Heating Inc.**

32-37 62nd Street
Woodside, NY 11377
Tel: 718-728-1883 Fax: 718-728-1866
Email: qmbplumbing@yahoo.com
NYC Master Plumber Lic # 1892
NYC Master Fire Suppression Lic # 885-B

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/4/2019 | 1391 |

| Bill To |
|---------|
| CTI Construction Management, LLC.<br>Attn: Amy/Yong |

| Project Location |
|------------------|
| 231 East 123 Street<br>New York, NY 10035 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 3rd Change order for job #121193617<br>1. To install sprinkler head in attics. | | 650.00 | 650.00 |

Thank You

| | |
|---|---|
| **Total** | $650.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $650.00 |

# COMBINED ELECTRICAL CONTRACTING INC.    p2

33-70 Prince Street, Suite 706

Flushing,NY 11355

Tel;(718)875-8420

Cell;(917)664-6508

| Proposal Submitted To: | Phone No: | Tel: (718)886-8845 | Date:12/5/2017 |
| Cti construction INC | | Fax: (718)539-0556 | |
| Street: | Job Name: | | |
| 30-50 Whitestone Expy., STE # 101B | Electric work completed | | |
| City,Stae and Zip Code: | Job Loction: | | |
| Flushing, NY 11354 | 231 E 123 street manhattan ny 10035 | | |
| Architect: | Date of Plans: | Job Phone No: | |

The Contractor and Subcontractor for the considerations  agree as set
 forth below:

Cti construction INC
Flushing, NY 11354

Subcontractor;
Everbright Maintenance INC
60-11 146 th street
Flushing NY 11355
Tel;917-682-8035

Building Owner;
1)Agreement Date;          12/5/2017

2)Contract Sum;   $270,000.00  Dollars.

Payment Schedule:
Due upon signing of contract ---------------------------------------------- (20%)
Due upon Install of equipment  and wires before------------------------------------------- (40%)
Due upon completion and test ---------------------- (30%)
Due upon completion of NYC inspection ----------------------------- (10%)

ACCEPTANCE OF PROPOSAL-the above prices, specifications and conditions are satisfactory
and are herby accepted. You are authorize to do the work as specified. Payment be made as
outlined above.

Everbright MAINTENANCE INC
SIGN BY     resident GORDEN                    SIGN BY     President

DATE of acceptance:  3/19/2018

p1

# COMBINED ELECTRICAL CONTRACTING INC.

33-70 Prince Street, Suite 706

Flushing,NY 11355

Tel;(718)875-8420

Cell;(917)664-6508

| Proposal Submitted To: | | Phone No: | Tel: (718)886-8845 | Date:12/5/2017 |
|---|---|---|---|---|
| | Cti construction INC | | Fax: (718)539-0556 | |
| Street: | | Job Name: | | |
| 30-50 Whitestone Expy., STE # 101B | | | Electric work completed | |
| City,Stae and Zip Code: | | Job Loction: | | |
| | Flushing, NY 11354 | | 231 E 123 street manhattan ny 10035 | |
| Architect: | Date of Plans: | | Job Phone No: | |

Power for elevator;

a 100 AMPS 3 phase 3 wires and disconnect switch for an elevator.

a 20 AMPS 2 phase 3 wires and disconnect switch for an elevator.

one light and outlet for under the elevator          &Elevator Room


main power;

a 120v/208v 200 AMPS 3 phase 4 wires meter bank for P,L,P,

a 120v/208v 200 AMPS 3 phase 4 wires disconnect switch for P,L,P,

a 120v/208v 200 AMPS 3 phase 4 wires main lock panel for P,L,P,

a 120v/208v 30 AMPS disconnect switch for elevator.

a 120v/208v 100 AMPS main disconnect switch for elevator.

11 of 120v/208v 100 AMPS 2 phase 3 wires meter bank for Apartment

11 of 120v/208v 100 AMPS 2 phase 3 wires disconnect switch for  apartment.

11 of 120v/208v 100 AMPS 2 phase 3 wires main lock panel for apartment.

11 of 120v/208v 100 AMPS 2 phase 3 wires for main lock panel at the apartment.

a 120v/208v 600 AMPS 3 phase 4 wires main switch for all meter.

a end line box for service entrance decided br conEdison.

a 3/0 wire for new ground and the water ground.

# COMBINED ELECTRICAL CONTRACTING INC.    p3

33-70 Prince Street, Suite 706
Flushing,NY 11355
Tel;(718)875-8420
Cell;(917)664-6508

| Proposal Submitted To:  Cti construction INC | Phone No:  Tel: (718)886-8845  Fax: (718)539-0556 | | Date:12/5/2017 |
|---|---|---|---|
| Street: 30-50 Whitestone Expy., STE # 101B | Job Name:  Electric work completed | | |
| City,Stae and Zip Code:  Flushing, NY 11354 | Job Loction:  231 E 123 street manhattan ny 10035 | | |
| Architect: | Date of Plans: | Job Phone No: | |

Filling paper works;
Electrical work permit and the job sign off for C/O .

General wiring for each apartment;
Install all the outlet and the GFCI to finish by city code.
4 of lighting fixture ,each for liviingroom,bedroom,bathroom.   **& Kitchen: Walking Closet WIC**
each apartment for TV,TEL, at each one.
a base intercom wires for each apartment.

Hallway wiring;
Install all the lighting  and the outlet at hallway by plan.
Install all the exit and emergency light by the plan to finish.
Install all the lighting for outside to finish by the plan.
Install all the power for park garage at basement.
Install a 120v/208v 30 AMPS disconnect switch for jack pump.
Install a 120v/208v 400 AMPS main disconnect switch for fire a pump.

Notes; All the lighting fixture,dimmer switch ,machine,fans are no include.

This job to complete follow the drawing Date;7/26/2015

*Kingdom Elevator*

*Welcomes;*

*Mr.* Jonathan Chang



# 2018

## *Installation Proposal*



**From;**
**CTI Construction Inc**
**30-50 Whitestone EXP**
**Suite 101B Flushing**
**N.Y.11354**

Mr.Kern Sankar
**KINGDOM ELEVATOR INC**
9/19/2018

*Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL

## KINGDOM ELEVATOR COMPANY LLC

Company Introduction

Kingdom elevator company was founded with a vision, to personalize the relationship between business owners and the elevator industry. With over 20 years of experiance, the company embodies sound bibical principles mandated by God, to attain the highest levels of productivity and We symbolize a new horizon for cities in search of a superior level of professionalism and commitment amidst the, power stricken conglomerates, that prey on unsuspecting professionals in need of a vertical transportation specialist. We are indeed humbled and delighted in serving our community and as part of our spiritual belief, that "**It is better to give than it is to receive**", we will continually press towards our goal of achieving excellence in this industry, quickly becoming the benchmark by which every other company strives to become.

We are based both locally and internationally, which enables us to provide equipment not only from local vendors but, also futuristic state of the art systems, provided by some of the worlds leading international design engineers. This, we assure you, would be highlly beneficial to all your modernization and construction projects. Regardless to your choice of vendor, we guarantee that your equipment will surpass the competion for years to come.

Our handpicked team of engineers and qualified technicians are topnotched, highly skilled men in their craaft, and they are constantly embracing new challenges by relentlessly staying abreast of the competition. They attend multiple training and saftey seminars that are put in place by the industries leading manufactures, so that repairs and maintainance are fast and accurate the first time, every time.

When you choose kingdom elevator company, you can rest assured that the greatest service experience is only a call away. We look forward to having the pleasure of doing business with you.

. Primary Business
Address
. 130-44 115th Street
. Phone:347 238 3145
. Fax: 718 848 5127

Email:
Kingdomelevator@verizon.net

# *Kingdom Elevator Company*

### RAISING CITIES TO A HIGHER LEVEL

September 19th, 2018

Mr. Jonathan Chan
CTI Construction Inc
30-50 Whitestone Exp
Suite 101B
Flushing, N.Y. 1135

### INSTALLATION PROPOSAL Revised #092218

### JOB SITE: 231 E 123rd Street NY, New York

At Kingdom Elevator Company we pride ourselves on using the very best, technologically advanced products and equipment in today's market, advancing your building into the twenty-first century and beyond.

### *SCOPE OF WORK: By Kingdom Elevator*

*Furnish and Install One (1) Overhead Traction Elevator with a total of Eight (8) Landings. Serving Cellar(C) through Roof, Front and Side Openings with a capacity of 2000 LBS.*

### ITEMS TO BE INSTALLED INCLUDE:

- ❖ New Customized Solid state Micro logic processing Controller
- ❖ New Machine Room Wiring & Conduits
- ❖ New Overhead Traction Machine
- ❖ New Machine Bedplate
- ❖ Rubber vibration Isolation Pads
- ❖ New Machine Brake Assembly
- ❖ New Closed loop Encoder
- ❖ New Rope Gripper
- ❖ New Traction Steel Hoist Ropes
- ❖ New Wedge Type Shackles and Springs
- ❖ New Deflector sheaves
- ❖ New Steel Selector Tape
- ❖ New steel Selector tape guides
- ❖ New Solid state Landing positioning system
- ❖ New Load weigh Device
- ❖ New NYC Identification tags
- ❖ New code data plate(s)
- ❖ New Maintenance Log books
- ❖ New Elevator Machine Room Signage
- ❖ New Governor
- ❖ New Governor cable

*Primary Business
Address
130-44 115th Street
Phone 347 238 3145
Fax: 718 848 5127
Email:
Kingdomelevator@verizon.net*



*Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL





- ❖ New Governor Over speed Switch
- ❖ New Governor Tension Sheave
- ❖ New Top of Car Governor Grenade Switch
- ❖ New Hoist way Rails
- ❖ New High Speed Car & Counterweight Guide Rollers
- ❖ New Car Sling & Platform with toe guard
- ❖ New Under Car Deflector Sheaves
- ❖ New Instantaneous Safety Device
- ❖ New Top of Car Inspection Run Station With Fire Buzzer and Notification Light
- ❖ New Custom constructed top of car Outrigger
- ❖ New Emergency top of car Exit cover
- ❖ New Emergency Exit Pyramid Switch
- ❖ New Emergency Exit Deadbolt With Key
- ❖ New Solid State Car door Operator
- ❖ New Car Door Zone locking Device
- ❖ New Car Door clutch Assembly
- ❖ New Car Gate switch
- ❖ New Car Door Hanger Rollers With Oilers
- ❖ New Car Door Hanger Track
- ❖ New Car Door Saddle
- ❖ New Car Door Gibs
- ❖ New Cab Laser Detector Edges
- ❖ New Car Directional Arrows
- ❖ New Car Station(s) With Digital Position Indicator
- ❖ New Emergency Telephone/Intercom System Signaling Device Built into New Car station
- ❖ New Emergency LED Backup Lighting System In Car Station
- ❖ New custom cab handrail (ADA compliant)
- ❖ New Cab Walls and Ceiling  ($11,000 Net Allowance)
- ❖ New incandescent Cab Lighting In Ceiling
- ❖ New Cab Steadying Plates
- ❖ New Cab Door
- ❖ New Lobby Hall Station With Authorized Access and Fireman Service key switches Integrated
- ❖ New Fire rated Hoist Way Doors
- ❖ New Hoist way door bucks
- ❖ New Braile & Door jamb Marking Combo (Each Floor)
- ❖ New Digital Position Indicator in Lobby hall station
- ❖ New Hall Stations
- ❖ New Hoist Door Tracks Hangers Assembly
- ❖ New Hoist Door Hanger Rollers With Oilers

*Primary Business*
*Address*
*130-44  115th Street*

*Phone* 347 238 3145

*Fax:* 718 848 5127

Email
Kingdomelevator@verizon.net



*Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL

- ❖ New Spring Closers
- ❖ New Gibs and Z safety Retaining Brackets
- ❖ New Hoistway Door interlocking devices and keepers
- ❖ New in Cab Rape Preventative Mirror
- ❖ New Water tight multi conductor traveler cable with Provision for Communication
- ❖ New Shaft way Dust Covers
- ❖ New Counterweight Rails
- ❖ New Counterweight frame
- ❖ New Counterweight Sheave
- ❖ New Counterweights
- ❖ New Emergency Pit Stop Switch
- ❖ New Emergency access Limit Switches
- ❖ New Terminal & Shaftway Limit switches
- ❖ New pit Ladder
- ❖ New Buffer Springs
- ❖ New Car Alarm Bell Emergency Signaling Device
- ❖ New High Gloss Protective Paint in Pit(s)
- ❖ Shaft Cleaning On Project Completion
  N.B. Elevator Display will be Included in all Hall Stations.

*All equipment selected for this project will be custom engineered to maximize building efficiency and enhance the natural beauty of its surrounding environment. The aforementioned equipment would be capable but not limited to the following:*

## General Operation

- ❖ **Full  Automatic Operation**
- ❖ **Full Independent/Attendant  Service Operation**
- ❖ **Full inspection ( Authorized Personnel Only)**
- ❖ **Full Hall Access Operation (Authorized Personnel Only)**
- ❖ **Full Hall dispatch Operation (Collective Selective Type Operating System)**
- ❖ **Full Fire Service Operation ( Phase 1 , 2 & Hold )**

Kingdom Elevator Company will be responsible for all Elevator related Code and Compliance issues, regarding the signing off of this project by the Department of Buildings.

*All Equipment used for this project will be compliant with ANSI/ASME 17.1 and meet or exceed all applicable NYC Building Codes. All Equipment will be installed and maintained by Kingdom Elevator Company.*

. *Primary Business Address*
. *130-44  115th Street*
. *Phone* 347 238 3145
. *Fax:* 718 848 5127

Email:
Kingdomelevator@verizon.net



## *Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL

### *Description of Component*

### Control Room Equipment

The new **solid state microprocessor** controller is designed to control the direction, starting, stopping and variable speeds of the elevator. A new machine will be provided an install. This controller will permit the reversal of the elevator motor, thereby providing a dynamic or regenerative braking effect to stop the elevator. This results in a smoother breaking action that will cause no discomfort to passengers. The new mechanical brake shall be of a disk type, similar in design to those found on ultra modern luxury vehicles. Only after the car has come to a complete stop, shall the brake be applied to hold the car securely in position, allowing passengers safe ingress and egress of the car.  The control panel will supply proper protection with the use of fuses, breakers, and overloads as well as phase reversal protectors.



. *Primary Business Address*
. *13C-44  115th Street*
. *Phone* 347 238 3145
. *Fax:* 718 848 5127

Email:
Kingdomelevator@verizon.net



*Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL



The solid state controller shall contain, but not limited to;

➢ **Traction Machine**

The elevator will receive a new traction machine. These are low speed (low RPM), high torque electric motors powered either by AC or DC. In this case, the drive sheave is directly attached to the end of the motor and mounted on top of the shaftway supported by the building structural beams.

The machine foundation will be of an approved type and will prevent any excessive machine vibration to the building structure.

➢ **Steel Machine bedplate**

The bedplate will consist of fabricated steel beams welded securely together to provide a sturdy base to which the hoist machine is affixed.

➢ **Rubber vibration Isolation Pads**

Rubber isolation pads will be installed between the hoist machine and the building steel, these isolation pads will be sizes by the machines manufacturer in accordance with the size of the machine, weight of the car and rated speed.

➢ **Frame**

All circuit boards, switches and other control equipment will be located in a common panel which will comprise of approved moisture resistance non combustible material and mounted on a self supporting steel frame that will be securely fastened to the machine room floor or the wall.

➢ **Switches**

Potential, Direction and acceleration switch as well as all relays used where heavy current is supplied and will be of substantial size and will comply with all electrical code requirements. All switches will be off different current types, magnetically energized with high quality contacts designed to insure a long life and reliability. All switches and printed circuit boards will be mounted on the front of the control panel along with along with relays fuses on a related circuitry, behind a manually locking door. Large capacitors and resistors, will be mounted on the top or adjacent the control panel.

➢ **Timing devices**

All timing devices will be solid state in design and fully adjustable.

➢ **Wiring**

All wiring to the controller and related equipment will be connected to approved studs or terminals by means of grommets or solder less lugs. All terminal blocks and related wiring will be clearly marked and identified.

. *Primary Business*
*Address*
. *130-44  115th Street*
. *Phone:*347 238 3145
. *Fax:* 718 848 5127

Email:
Kingdomelevator@verizon.net



## Kingdom Elevator Company

RAISING CITIES TO A HIGHER LEVEL



. *Primary Business*
*Address*
. *130-44 115th Street*

. *Phone* 347 238 3145

. *Fax:* 718 848 5127

Email
Kingdomelevator@verizon.net

Note;

All new solid state equipment requires an ambient with a temperature range of "(350 to $100^0$)" F. We recommend that the building provide a means of climate control to prevent circuit board breakdown. The inability to provide not present this may result in elevator outages of additional repair costs.

➤ *Variable A/C Drive to system*

The system will consist of multi speed regenerative A.C drive unit, which will work in conjunction with the control panel and hoist motor. This unit will be solid state in design enclosed in its own compartment and wired at a convenient location on next to the control equipment.

This system will control all phases of the elevators speed and transmission of operation. For example (acceleration, deceleration, slow down and leveling and re-leveling.)

With this type of drive system, equipment will be installed shaftway on top of the elevator to energize and de-energize transitional modes.

➤ *Solid state land in control system*.

This system will be provided on each elevator served, and will be fully compatible with the new control equipment. This device will provide accurate floor leveling, slowdown and stopping activity of the car at its desired landings. The units will be mounted on top of the elevator and will work in conjunction with a steel tape that will run the entire length of the elevator shaft. A specially designed magnet with an adhesive backing, will attached to the tape that will activate and deactivate the sensors.

➤ <u>*Integrated Dispatching control system*</u>

This unit comprise of solid state components necessary for instructing the various cars to the nearest designated hall station. This unit will consist of relays, diodes and micro logic processors enclosed in a solid steel cabinet with access via front panel. It shall be securely affixed to the motor room wall with the use of heavy grade wall anchors. The dispatching unit is fully programmable to adjust for buildings peak and off peak hours resulting in shorter wait times and less power consumption during non peak hours.

➤ <u>*Wiring and conduit*</u>

kingdom elevator will provide all necessary wiring for the proper operation described. All wiring will comprise of not less than 18 gauge and will be properly insulated. It will have a moisture proof flame retardant outer coating. All wiring conduit and pipe rises will be provided and or maybe reused but will conform to all electrical code.



## Kingdom Elevator Company

RAISING CITIES TO A HIGHER LEVEL



➤ _City Identification tags_
Shall be securely affixed to the Machine, motor, controller and Main disconnect to identify each individual car.

➤ _Code data plate_
This device will be attached to the controller providing the information as to what ASAME code the elevator was installed under.

➤ _Maintenance Control Program & Maintenance Log_
Upon completion of elevator, each car will be provided with a maintenance log to record entrapments, shutdowns Repairs and all service disruptions. A complete list of the company's maintenance procedures and periodical recommended would be left on site to ensure strict maintenance standards are upheld.

### Shaftway Equipment

➤ _Rubber vibration Isolation Pads_
Rubber isolation pads will be installed between the hoist machine and the building steel, these isolation pads will be sizes by the machines manufacturer in accordance with the size of the machine, weight of the car and rated speed.

➤ _Hoist cables_
The new hoist cables will be installed and securely fastened to the car and counterweight, and adjusted for proper cable equalization. The voice cables will be made of steel wires 5/8 inches in diameter. On completion if rope installation, a rope data tag will be attached to the cable indicating the size of the cable lay of construction and date of installation.

➤ _Wedge Type Shackles_
Threaded rods to which the hoist cables are socketed and which bolt to the hitch plate and the counterweight.

➤ _Steel Selector Tape_
The steel tape is mounted at the top and bottom of the hoistway. A series of magnetic strips are attached to the tape and are used to activate the magnetic sensors in the selector box. The position of these magnets defines the Speed, leveling acceleration deceleration and stopping for each floor.

➤ _Solid state Landing positioning system_
A mechanical, electrical, or microprocessor driven device which initiates and/or controls some or all of these functions: establish direction of travel, acceleration, deceleration, leveling, stopping, call cancellation, door operation, position indicators, and hall lanterns for an individual elevator.



*Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL

➢ **_Load weighing Device._**
Elevator load weighing device is designed specially to support the elevator main board, it transforms weight into electric signal through strain gauge sensor and transmits to the main board through CAN Bus communication, the main board will output a analog compensation voltage to the inverter, so as to enhance the startup comfort.  It provides real time load information and uses that information to tell the controller how to operate accordingly.

➢ **_Speed Governor_**
The speed governor is a centrifugal device driven by the governor rope which is attached to the moving car. The governor is equipped with a normally closed overspeed switch. When an overspeed is detected by the governor, the safety circuit is opened, thereby disconnecting power from the drive, and applying the brake. This typically occurs at 115% of normal operating speed. At approximately 125% of normal operating speed, the governor jaws trip and mechanically grip the governor rope with a preset tension.

➢ **_Governor cable_**
The governor rope is traction steel cable connected to the safeties that are mounted on the car. When the governor rope is stopped by the overspeed governor, the safeties wedges are pulled upward along a tapered, flexible guide until they contact the elevator guide rails. The safeties grip the opposing sides of the elevator guide rails and become a sort of wedge between the rails and the car. This prevents the car from traveling in the downward direction.

➢ **_Governor Overspeed switch_**
Elevator Governor Switch used for detecting over speed, which cuts the power of electric motor and stops elevator car if elevator car operators at over the normal speed and speed indicator points dangerous speed.

➢ **_Governor Tension Sheave_**
The governor rope tension sheave is located in the pit and usually attached to one of the guide rails in a manner that will allow it to move up and down. There is a weight or spring attached to provide constant tension on the governor rope. This tension serves to improve rope life and maintain traction between governor rope and governor. It also maintains alignment of the governor rope during operation of the elevator.

. *Primary Business*
*Address*
. *130-44  115th Street*
. *Phone* 347 238 3145
. *Fax:* 718 848 5127
Email:
Kingdomelevator@verizon.net



*Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL

➢ *Governor Grenade Switch*
This device is mounted to the car and comprises of two main components. 1 house the direct contact which is connected to the controllers' safety circuitry and the other is a shorting contactor which is securely mounted to the governor cable with a 1/4" steel rope. In the event the governor becomes engaged, the shorting contactor is dislodged from the direct contactor and power is removed from the machine and the brake is engaged.

➢ *Car rails*
These are special T shaped steel rails that guide the car vertically through the elevator shaftway.

➢ *Car guide rollers*
The elevator car has guide rollers attached to them that guide the elevator car along the guide rails, to prevent irregular movement and provide a smoother ride for the passengers

➢ *Car Sling & Platform*
The car frame is made of structural steel members usually bolted or welded together. The Platform is fabricated using a steel frame with a wooden floor. The car platform is attached to the frame using bolts or fastened by using rail clips frame.

➢ *Instantaneous Safety Device*
Instantaneous Safeties when engaged by the speed governor rapidly applies increasing force on the guiderails and stops the car in a very short distance.

➢ *Inspection Run Station With Fire Buzzer and Notification*
Kingdom elevator will provide each car with a top of car inspection station, fastened to the elevator crosshead, which will permit the car to travel at low speeds for maintaining, adjusting, or monitoring or adjusting shaftway equipment. The inspection station will consist of three buttons, UP, DOWN and RUN, as well as two toggle switches, STOP and INSPECTION. An audio/ visual signal shall be provided to alert the mechanic that Phase 1 fire recall has been activated.

➢ *Top of car Outrigger*
A custom designed barrier constructed of metal to protect elevator technicians from slipping or falling into elevator shaftway.

➢ *Emergency Exit Pyramid Switch*
A mechanical switch directly connected to the controllers' safety circuitry that is securely fastened to the top of the car. Should the emergency exit cover be opened for any reason the power is removed from the machine and the brake is engaged this stops the elevator and prohibits its running.

. *Primary Business*
*Address*
. *130-44 115th Street*
. *Phone* 347 238 3145
. *Fax:* 718 848 5127

Email:
Kingdomelevator@verizon.net



# *Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL



. *Primary Business*
*Address*
. *130-44 115th Street*
. *Phone* 347 238 3145
. *Fax: 718 848 5127*

Email
Kingdomelevator@verizon.net

➤ *Car door Operator*
Device mounted on the car top that controls the opening and closing of the elevator car door. It usually consists of a permanent magnet electric motor connected to a drive sheave via belts and chains, which is attached to the cab door via an aluminum drive arm.

➤ *Car Door Zone locking Device*
This is an apparatus for preventing the car door section of an elevator car from being opened when the elevator car is not located at an authorized landing zone in the elevator shaft.

➤ *Car Door clutch Assembly*
A device used in elevator power door operation to engage the car door to the landing door by a grasping and holding movement.

➤ *Car Door Hanger Rollers With Oilers*
The Rollers (two per panel) from which horizontal door panels are suspended, are 3 1/4 " in diameter and are made of polyurethane. Metal oilers with a lubricated wick material clean and lubricate the rollers for smooth quiet operation.

➤ *Car door Gate switch*
The purpose of the gate switch is to electrically lock the car doors. The elevator will not move until this switch is closed.

➤ *Door Hanger Track*
A door having one or more door panels mounted for movement to open and close the entranceway, a door operator for the door, and mounting hardware for mounting the door operator on top of the elevator car. The mounting hardware provides horizontal and vertical adjustment of the door operator, with all adjustments being easily made from the top of the car

➤ *Door Saddle*
The hoistway sill is the bottom horizontal plate of the landing entrance which provides foundation and footing for the elevator entrance frame.

➤ *Gib Guides*:
Install two (2) removable guides at the bottom of each door panel. These guides will be made of solid nylon or solid Teflon, mounted in galvanized steel brackets, and secured with stainless steel screws.

➤ *Fascia*
The flat reinforced steel plate is installed vertically inside the hoistway, above the hoistway door hanger header to the sill of the landing above, to prevent pinch points and ledges.









➢ **Spring Closers**
A spring closer will be installed in each hoistway door. Same will be self-closing
spring type and mounted on the rear edge of the hoistway door to close
automatically if the car is not at the floor.

➢ **Car Direction Indicator**
A visual and audible signal fixture with an attractive metal cover plate will be
installed in the doorjamb of the elevator. The fixture will consist of an "up" and
"down" arrow and will be minimum of two and one half (2 ½) inches in size, which
will light up to indicate the direction the car is traveling. An electronic chime will
sound once for the up direction and twice for the down direction. The centerline of
the fixture will located at a minimum of six (6) feet from the floor

➢ **Digital Position Indicator**
Each elevator will be provided with a LED digital display position indicator
integrated within the car station. At the lobby landing an LED digital display will
also be installed. The display readouts will utilize characters two (2) inches high and
will correspond to each floor served. The display readouts will be behind a
transparent lens and will be of Arabic numeral design. The encoder device will be
installed in the motor room and be wired with to the control equipment.

➢ **Laser Detector Edges**
Furnish and install, for each elevator served, a new solid state laser edge door
protection system. This unit contains 40 horizontal infrared light beams
strategically placed at intervals along the landing edge of the car doors, which
creates a detention screen in the elevator entrance. In addition, with the 3D
detection system is capable of sensing passing objects.

➢ **Emergency Lighting**
An emergency light fixture will be provided in the elevator car station. This fixture
will consist of a rechargeable nickel cadmium battery, battery charger, and light
fixture. This unit will provide a constant level of emergency light for a period of not
less than four (4) hours and will operate as per code requirements.

➢ **Terminal Limit switches**
Final terminal limit switches shall be installed and connected so the switch will
function if a lumber elevator runs by the normal terminal limit switch. Final
terminal limit switches will automatically shut off the power, apply the brake and
prevent the operation of the elevator in either direction until adjustments are
made to return the lumber elevator to normal operation.

➢ **Access Limit Switches**
These switches limit the distance the elevator is required to travel once it is
determined by the controller to engage access operation.



# Kingdom Elevator Company

RAISING CITIES TO A HIGHER LEVEL





Primary Business
Address
130-44 115th Street
Phone 347 238 3145
Fax: 718 848 5127

Email:
Kingdomelevator@venzon.net

> ### Pit Stop Switch
> A new pit stop switch of push to stop design with the bold labeling Emergency Stop will be located 18" above the floor at the hoistways lowest landing near the entrance. When engaged in the off position, power to the machine and its components will be removed and the brake would be applied.

> ### Pit Light Switch
> A new light switch fixture will be installed 6" above the floor at the hoistways lowest landing near the entrance, to provide illumination prior to accessing the pit areas.

> ### Pit Light guards
> The Light hub will be externally guarded by a metal cage to prevent breakage or burns to individuals working in the pit areas. In addition a duel GFIC receptacle will be installed with a rating of 15 to 20 amps at 120vac.

> ### ADA Compliant Hall Stations
> Call buttons in elevator lobbies and halls shall be centered at 42" (1065mm) above the floor. Such call buttons shall have visual signals to indicate when each call is registered and when each call is answered. Call buttons shall be a minimum of 3/4" (19mm) in the smallest dimension. The button designating the up direction shall be on top. Buttons shall be raised or flush. Objects mounted beneath hall call buttons shall not project into the elevator lobby more than 4" (100mm).

> ### Release rollers
> Rollers consist of a metal shaft with a rubber wheel attached to one end. Generally found on the hoistway doors mounted in a interlock releasing assembly. Activation of this roller will open the hoistway door latch, lock, or interlock.

> ### Door interlocking and keeper contacts
> A door interlock switch is provided for an elevator. The switch means is mounted in a housing adjacent the door, the housing contains an opening which permits the entrance of a manually actuating releasing assembly means "keeper". The mechanical keeper that is mounted to the horizontally sliding hoistway doors will be inserted into the interlock assembly completing the doorlock circuit which signals to the controller that the hoistway doors are closed and the car is safe for normal operation.

> ### Door Glbs and Z safety Retaining Brackets
> This Device is located at the bottom of horizontal sliding door panels, which stick into sill grooves and eliminate door panels swinging in or out, with an **anodized** aluminum "Z" shaped brackets which are used to hold removable panels in place.



# Kingdom Elevator Company

RAISING CITIES TO A HIGHER LEVEL



> ## *Car Operating Station*
> Install a flush mounted car operating station, with a stainless steel cover plate, in the elevator cab. The car operating station will be occupied with stainless steel buttons, corresponding to each floor served. When depressed, these buttons will illuminate until the desired floor is reached and automatically extinguish. This station will include buttons for alarm and emergency stop switches for light, fan, emergency light test button, and other operations, and will be concealed in a locked service cabinet as described herein.

> ## *Car Controls (Handicap Features)*
> The centerline of the alarm button and emergency stop switch will be positioned vertically at a height of 35" inches. The alarm button will illuminate and sound when activated. The highest floor buttons will be no higher than 54" inches from the floor. A visual indicator will illuminate for each car call registered and extinguish when a call is answered. A passing chime will sound as each floor is pressed. Markings will be adjacent to the controls on a contrasting color background to the left side of the controls. Grade 2 Braille text will be located immediately below the raised or recessed letters, numbers, or symbols

> ## *Hands Free Phone System*
> The phone will consist of a speaker, microphone, and amplifier integrated into a compact unit, mounted integral with the car station. Activation of this unit will be initiated by momentary depression of the Lexan button, which automatically dials a pre-programmed outside number. This unit complies with all handicap requirements with all Braille markings. A master station will be installed in the machine room with included battery back up in compliance with code requirements

> ## *Micro processor Board in inspection station*
> A solid state processor board that provides communication to the controller would be enclosed in the top of car inspection station.

> ## *Top of car light*
> A new light fixture would be installed in the top of car inspection station to provide illumination for maintaining, adjusting, or monitoring or adjusting shaftway equipment, with a new disconnect switch.

> ## *Top of car light guard*
> The Light hub will be externally guarded by a metal cage to prevent breakage or burns to individuals working on car top areas.

> ## *Car Door Gibbs*
> This Device is located at the bottom of horizontal sliding door panels, which stick into sill grooves and eliminate door panels swinging in or out.

. *Primary Business Address*
. *130-44 115th Street*
. *Phone* 347 238 3145
. *Fax:* 718 848 5127

Email
Kingdomelevator@verizon.net

Case 21-11466-elf    Doc 120-2    Filed 09/02/21    Entered 09/02/21 11:51:22    Desc
Exhibit B    Page 44 of 66



*Kingdom Elevator Company*

RAISING CITIES TO A HIGHER LEVEL

> ### *Guide Rollers*
>  Devices used mainly to guide the car and counterweight along the path of the
> guide rails. They also assure that the lateral motion of the car and counterweight is
> kept at a minimum as they travel along the guide rails. They will be made of
> Neoprene rubber roller wheels are optimized for maximum ride comfort and
> minimal noise.

> ### *Traveling Cables*
>  A cable made up of electric conductors, which provides electrical connection
> between an elevator or dumbwaiter car, or material lift, and a fixed outlet in the
> hoistway or machine room.

## Work to be done by others

- ❖ All Masonry Work
- ❖ All Plumbing Work (Pit Area)
- ❖ All Steel Trusses and Structural Supports
- ❖ All Telephone / Communication to Machine Room
- ❖ All Electrical from Mainline to Controller in Machine Room and Pit Area
- ❖ New AC Disconnect Switch in Machine Room for Elevator Lighting
- ❖ Smoke Detectors.

This project is estimated to take approx. 14 to 18 weeks from Shipping Date, at a
Total Cost of: $210,000.00 (Two HUNDRED AND TEN THOUSAND DOLLARS).

### Payment Schedule Include;

**40% Upon Award of this Contract.**
**40% Upon Delivery of Material to Jobsite.**
**10% With Running Platform**
**10% After Passed inspection**

{N.B} A 5% charge will be applied to all balances past due and would be reflected in
the following billing cycle. If this Installation at the above address is Suspended or
Delayed for any period of 30 days or more for any reason, a non-negotiable penalty
of $5,000.00 will be applied to this contract to cover Operations and Insurance
Expenses.

. *Primary Business*
*Address*
. *130-44 115th Street*

. *Phone* 347 238 3145

. *Fax:* 718 848 5127

Email:
Kingdomelevator@verizon.net

**16 |** P a g e



# Kingdom Elevator Company

RAISING CITIES TO A HIGHER LEVEL



. *Primary Business*
*Address*
. *130-44 115th Street*
. *Phone* 347 238 3145
. *Fax:* 718 848 5127

Email:
Kingdomelevator@verizon.net

## *MAINTAINANCE PACKAGE*

This contract includes a (3) Months Maintenance Package, Effective _____ through _____.  This is a courtesy provided by Kingdom Elevator Company, as a reward to our valued customers as we continue to raise the bar in customer service, satisfaction and excellence

## *FREE MAINTENANCE INCLUDES:*

Maintenance once monthly and one free shut down per month until contract concludes.   All parts not covered under manufactures warranty will incur a replacement and labor charge.  All vandalism, water damage or misuse of elevator outside of wear and tear would be subject to an extra billing charge plus cost of replacement parts and labor.   All solid state equipment would not be covered outside of manufactures suggested warranty, because solid state equipment was used in this application, the building is responsible for providing air conditioning to the elevator machine room, which provides optimal working temperatures recommended by equipment manufacturers, that also aids in the prevention of contact corrosion in solid state equipment.

All shut downs outside of contract terms and regulations will incur a fee of $165.00 per hour plus cost of materials. All call backs for minor adjustments or unresolved shut downs of the same nature would forfeit these fees.   If evidence is found of another company tampering or working on elevator equipment while the building is still under contract with kingdom Elevator Company, this would result in termination of contract terms and conditions.

### Submitted by *Kingdom Elevator*. INSTALLATION PROPOSAL #092218

#### *Accepted: CTI Construction Inc*

By: _____ (Authorized signature)

Name: _____ (Please print or type)

Title: _____

This contract is legally binding between Kingdom Elevator Company and CTI Construction Inc., **30-50 Whitestone EXP Suite 101B Flushing N.Y.11354**

Authorized Representative: _____

Date and Title: _Director  11/8/18_



# Quotation

**City Ironsmith Corp**
131-41 Sanford Avenue
Flushing, NY 11355

FOR: **CTI Construction Inc.**
3050 Whitestone Expy, Suite 101B
Flushing, NY 11354

**Date: 02-02-2018**
**Quote #: Q01 31 181**
**Attn: Jonathan Chang**
**From: Charlie Li**

| | | | | |
|---|---|---|---|---|
| **Tel:** | (718)-461-6369 | **Tel:** | (718)-886-8845 Cell: (646)-302-2910 |
| **Fax:** | (718)-460-9366 | **Fax:** | (718)-539-0556 |
| **Email:** | cityiron2006@yahoo.com | **Email:** | jonathan@ctigcusa.com |

**Re:**    231 E 123 ST, Manhattan NY 10035

| Item | Description | Amount |
|---|---|---|
| 1 | According to DWG #[S-4012.00, S-403.00, S-404.00, S-405.00] Dated as '1/26/2017', we will supply Material, Fabrication, Delivery & Installation for: From 1st FL to 6th FL & Roof - **Total 7 Levels** Steel I-Beam Framing, Shear Stud & Moment Connection; Metal Decking 1.5 x 18GA; Steel Framing for Balcony **(Total 8 units) - No Railings.** | |
| 2 | Bulkhead - Metal Decking 1.5 x 18GA & Metal Joist **'10SSW';** | |
| 3 | From Cellar to Roof - **Total 7 Units Egress + 2 Units Convenience** Metal Stair Framing for Concrete Pans **(Concrete Filled by Others)** with Landing. **Regular Steel Guardrail or 1 Side Steel Pipe Handrail for the Egress Stairs; No Steel Railing & No Handrail for the Convenience stairs;** | |
| 4 | **All the Steel has Mill Finish ONLY. No Primer;** | |

**Exclusions:**

1  **Demo/Concrete/Masonry/Cement/Footing/Wood work are NOT included;**
2  **Temporary Shoring or any other reinforcement work are NOT included;**
3  **All pockets for Steel I-Beams to be chopped out & filled by others;**
4  **No Steel Posts & No Steel Railings & No Steel Handrails;**
5  **No Shop Drawing;**
6  **No Crane Cost;**
7  **No Pour Stop for the 2-side CMU Wall. Only Pour Stop in the front/back are included.**
8  **Fire Proofing / Water Proofing / Sand Blasting are NOT included;**
9  **Garbage & Debris Removal is NOT included;**
10 **Water Supply & 220 / 3.Phase 60 amps Electric Supply to be Provided by the Owners / G.C.**

| Remarks | | |
|---|---|---|
| | **Total Amount Before Tax:** | $199,900.00 |
| **Payment Terms: To Be Determined.** | **Sales Tax:** | $6,209.39 |
| **Price Validity:**    30 days from the date of this quotation. | **Total Amount After Tax:** | $206,109.39 |

_____
(Print Name of Authorized Person)

_____
(Signature of Authorized Person)

Date: _____



## Payment Schedule

**City Ironsmith Corp**                To: **CTI Construction Inc.**          **Date: 01-30-2018**

131-41 Sanford Avenue                  3050 Whitestone Expy, Suite 101B   **Ref #: Q01 31 181**

Flushing, NY 11355                     Flushing, NY 11354                 **Attn: Jonathan Chang**

                                                                          **From: Charlie Li**

| **Tel:** | (718)-461-6369 | **Tel:** | (718)-886-8845 **Cell:** (646)-302-2910 |
| **Fax:** | (718)-460-9366 | **Fax:** | (718)-539-0556 |
| **Email:** | cityiron2006@yahoo.com | **Email:** | jonathan@ctigcusa.com |

**Re:**   231 East 123 ST, Manhattan NY 10035

| Item | Description | Amount |
|------|-------------|--------|
| 1 | Deposit | $25,000.00 |
| 2 | Completion of 1st Floor Steel Framing | $30,000.00 |
| 3 | Completion of 2nd Floor Steel Framing | $25,000.00 |
| 4 | Completion of 3rd Floor Steel Framing | $25,000.00 |
| 5 | Completion of 4th Floor Steel Framing | $25,000.00 |
| 6 | Completion of 5th Floor Steel Framing | $20,000.00 |
| 7 | Completion of 6th Floor Steel Framing | $20,000.00 |
| 8 | Completion of Roof Steel Framing | $19,900.00 |
| 9 | Remaining Balance Due in 7-10 business days upon all steel work completion; | $10,000.00 |
| | **Total Amount:** | **$199,900.00** |

**Conditions & Terms:**

1). **"Certificate of Capital Improvement"** to be provided **by GC or Building Owner;**

2). Acceptance of this payment schedule will acknowledge acceptance to the contract terms listed above with the respective quotation number.

_____          _____

**(Print Name of Authorized Person)**        **(Signature of Authorized Person)**

Date: _____

*Change Order*

# Statement

**City IronSmith Corp**
131-41 Sanford Avenue
Flushing, NY 11355

**For: CTI Construction Inc.**
3050 Whitestone Expressway, Suite 101B
Flushing, NY 11354

| | |
|---|---|
| **Date:** | 03/12/20 |
| **Ref #:** | ST 03 12 204 |
| **Attn:** | Jonathan Chang |
| **From:** | Charlie Li |

| | | | | |
|---|---|---|---|---|
| **Tel:** | (718)-461-6369 | **Tel:** | (718)-886-8845 **Cell:** (646)-302-2910 |
| **Fax:** | (718)-460-9366 | **Fax:** | (718)-539-0556 |
| **Email:** | cityiron2006@yahoo.com | **Email:** | jonathan@ctigcusa.com |

**RE:    231 East 123 Street, New York, NY 10035**

## Additional Order:

| Item | Description | Before Tax Amount | Sales Tax | Total Amount |
|---|---|---|---|---|
| 1 | Q 07 03 171 Contract
ST 03 12 203 Statement        Remaining Balance | $4,900.00 | | $4,900.00 |
| 2 | Change Of Order ' **COO 03 08 191** ' | $9,863.00 | | $9,863.00 |
| 3 | Change Of Order ' **COO 03 07 191** ' | $12,855.00 | | $12,855.00 |
| 4 | Order Sheet Date: 05/02/2018
Delivery
Lintel W 8 X 24  24'-3" [ 2 PCS ] | $930.00 | $82.65 | $1,012.65 |
| 5 | Order Sheet Date 10/30/18
Delivery
W 8 X 24 = 94" [1 PCS ]
L 4 X 3 1/2 X 5/16 [ 2 PCS ]   *no tax* | $197.00 | $17.50 | $214.50 |

| | |
|---|---|
| **Total Amount with Tax:** | **$28,845.15** |

**Total Remaining Balance With Sales Tax:**          $28,845.15

| NOTES: | |
|---|---|
| 1 | Any Taxable Amount should be Paid by the Owner of the  Real Property or CTI Construction Inc.,
Unless Provided with Proper Completed Certificate of Capital Improvement. |
| 2 | Certificate of Capital Improvement is Subject to Proper Authority of Concern. |



# Change of Order

**City Ironsmith Corp**
131-41 Sanford Avenue
Flushing, NY 11355

FOR: **CTI Construction Inc.**
3050 Whitestone Expy, Suite 101B
Flushing, NY 11354

**Date: 03-07-2019**
**Ref #: Q03 07 191**
**Attn: Jonathan Chang**
**From: Charlie Li**

| | | | | |
|---|---|---|---|---|
| **Tel:** | (718)-461-6369 | **Tel:** | (718)-886-8845 **Cell:** (646)-302-2910 | |
| **Fax:** | (718)-460-9366 | **Fax:** | (718)-539-0556 | |
| **Email:** cityiron2006@yahoo.com | | **Email:** jonathan@ctigcusa.com | | |

**Re:** 231 E 123 ST, New York NY 10035

| Item | Description | Amount |
|---|---|---|
| | Additional Material, Fabrication, Delivery & Installation for: | |
| 1 | From Main Roof to Elevator Machine Room | |
| | Metal Stair Framing with **Galvanized Grating 1" x 3/16** for the tread and Landing. | |
| | Steel Post and Regular Steel Guardrail on both side. | |
| | 1 Layer of Primer and Finish coating for the steel framing. | |
| | | $10,830.00 |
| 2 | Roof Top Parapet Railing 42" High Approx. 20' | $1,000.00 |
| 3 | Machine Beam **W14 x 34 = (2 pcs)**, | |
| | Steel Plate **7" x 3/4 = 3'-4"** (2 pcs), | $1,025.00 |
| | Hoist beam **W8 x 24 = (1 pc)**; | |

| | |
|---|---|
| **Total Amount Before Tax:** | $12,855.00 |
| **Sales Tax:** | $1,140.88 |
| **Total Amount After Tax:** | $13,995.88 |

_____
**(Print Name of Authorized Person)**

_____
**(Signature of Authorized Person)**

**Date:** _____

# CITY IRONSMITH CORPORATION    Page No.____of____Pages

鐵峰

## 鋼 鐵 工 程 公 司

131-41 Sanford Avenue, Flushing, NY 11355
Tel: 718-461-6369   Fax: 718-460-9366

**To:** CTI    Daniel

231 E 123rd St    Manhattan

**Tel:** 917-892-4614

| Order Date: | 05/02/18 |
| Pick-Up ☐ | Delivery |
| Installation ☐ | |

Lintel

W8x24  =  24'-3"          2pcs.

Delivered
Today  05/02/18

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become extra charge. All agreements are contingent upon strikes, accidents or delays beyond our control.

1. Non-Refundable on all deposit.
2. Customer should pick up their goods within 30 days from date of completion. We will not be responsible for any missing packages thereafter.
3. For self-installation, all balance due must be paid by pick-up date; For jobs including material and installation, all balance due must be paid no latter than the day when the job is finished.

| | |
|---|---|
| Subtotal | 930.00 |
| Tax | 82.54 |
| Total | $1,012.54 |
| Deposit | |
| Balance | |

**Customer Signature:** _____    *Thank You!*

# 鐵峰 CITY IRONSMITH CORPORATION

Page No.____of____Pages

## 鋼 鐵 工 程 公 司

131-41 Sanford Avenue, Flushing, NY 11355
Tel: 718-461-6369  Fax: 718-460-9366

**To:** CTI

123 st   退货

| | |
|---|---|
| Tel: | |
| Order Date: | 10/30/18 |
| Pick-Up ☑ | |
| Installation ☐ | |

W 8 X 24      94"      1 pcs

L 4 X 3½ X 5/16      40"      2 pcs

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become extra charge. All agreements are contingent upon strikes, accidents or delays beyond our control.

1. Non-Refundable on all deposit.
2. Customer should pick up their goods within 30 days from date of completion. We will not be responsible for any missing packages thereafter.
3. For self-installation, all balance due must be paid by pick-up date; For jobs including material and installation, all balance due must be paid no latter than the day when the job is finished.

**Customer Signature:** _____ *Thank You!*

| | |
|---|---|
| Subtotal | $197. |
| Tax | |
| Total | |
| Deposit | |
| Balance | |



# Change of Order

**City Ironsmith Corp**

131-41 Sanford Avenue

Flushing, NY 11355

| | |
|---|---|
| Tel: | (718)-461-6369 |
| Fax: | (718)-460-9366 |

Email: cityiron2006@yahoo.com

**FOR:** CTI Construction Inc.

3050 Whitestone Expy, Suite 101B

Flushing, NY 11354

| | |
|---|---|
| Tel: | (718)-886-8845 **Cell:** (646)-302-2910 |
| Fax: | (718)-539-0556 |
| Email: | jonathan@ctigcusa.com |

**Date:** 03-08-2019

**Ref #: Q03 08 191**

**Attn: Jonathan Chang**

**From: Charlie Li**

**Re:** 231 E 123 ST, New York NY 10035

| Item | Description | | | Amount |
|---|---|---|---|---|
| | We will Supply Material, Fabrication, Labor, Tools, Delivery & Installation for: | | | |
| 1 | 1st FL: | Steel I-beam | W10 x 19 = 6'-6" (1 pcs), | |
| | | | W6 x 12 = 3'-6" (1 pcs), | |
| | | | W6 x 12 = 10'-0" (1 pcs) | |
| | | Post | HSS 3½ X 3½ X ¼ = 9'-0"± (2 pcs), | $8,518.00 |
| | | Base plate 12" x 12" x 5/8 (2 pcs) | | |
| 2 | 3rd~6th FL: | Steel I-beam | W10 x 19 = 25'-0" (2 pcs/FL), | |
| | | | W10 x 19 = 5'-11" (1 pc/FL), | |
| | | | W10 x 19 = 5'-0" (1 pc/FL) | |
| | We will Supply Material, Fabrication & Delivery for: | | | |
| 1 | Roof: | Steel I-beam | W8 x 24 = 25'-0" (2 pcs), | $1,345.00 |
| | | | W8 x 24 = 9'-3" (1 pcs), | |

| | |
|---|---|
| **Total Amount Before Tax:** | $9,863.00 |
| **Sales Tax:** | $875.34 |
| **Total Amount After Tax:** | **$10,738.34** |

_____

**(Print Name of Authorized Person)**

_____

**(Signature of Authorized Person)**

**Date:** _____



# INVOICE

| City Ironsmith Corp | To: CTI Construction Inc. | Date: | 10/19/20 |
|---|---|---|---|
| 131-41 Sanford Avenue | 3050 Whitestone Expressway, Suite 101B | Invoice #: | IN 10 19 210 |
| Flushing, NY 11355 | Flushing, NY 11354 | Attn: | Jonathan Chang |
| Tel: (718)-461-6369 | Tel: (718)-886-8845 | From: | Charlie Li |
| Fax: (718)-460-9366 | Cell: (646)-302-2910 | | |
| Email: cityiron2006@yahoo.com | Email: jonathan@ctigcusa.com | | |
| Re: 231 E. 123rd St. NY 10035 | | | |

| Item | Description | Amount |
|---|---|---|
| | **According to The Discussion and Agreement**<br>**We'll Supply Material for:** | |
| 1 | Diamond Plate 36" x 36" x 3/16 | |
| | Pick Up Price | |

| | | |
|---|---|---|
| Total Amount Before Tax: | $85.00 |
| Tax: | $7.54 |
| Total Amount After Tax: | $92.54 |

Elevator sump pump cover

(Print Name of Authorized Person)          (Signature of Authorized Person)

Date: _____          Date: _____

EVERBRIGHT MAINTENANCE  INC

60-11 146 st

Flushing,NY 11354

Tel;718-313-6160

Cell;(917)682-8035

| Proposal Submitted To:<br><br>       Cti construction INC | | Phone No:   Tel: (718)886-8845)<br>                 Fax: (718)539-0556) | Date:01/08/2020 |
|---|---|---|---|
| Street:<br>30-50 Whitestone Expy., STE # 101B | | Job Name:<br>       Electric work completed | |
| City,Stae and Zip Code:<br>          Flushing, NY 11354 | | Job Loction:<br>        231 E 123 street NY, NY, | |
| Architect: | Date of Plans: | | Job Phone No: |

Change order

Relocate 3 of apartment panel ,(2A, 3A, 4A, ),Bathroom all switchs from two G to Be three G.

All hot water power relocte at living  room

Total is $ 3000.00 Dollar.

**JS LIN-Garbage**

**231 E 123rd,NY**

| | | | |
|---|---|---|---|
| 7/26/2020 | 3031 | $ | 650.00 |
| 10/5/2020 | 3301 | $ | 650.00 |
| 10/26/2020 | 3367 | $ | 230.00 |
| 11/21/2020 | 3389 | $ | 280.00 |
| 1/11/2021 | 3235 | $ | 650.00 |
| 1/16/2021 | 3462 | $ | 650.00 |
| 1/17/2021 | 3467 | $ | 650.00 |
| 2/20/2021 | 3386 | $ | 280.00 |
| | | $ | 4,040.00 |

福州清里垃圾

**J S LIN COMPANY**
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3031

| 客戶名稱 | | | 日期 07/26 | |
|---|---|---|---|---|
| 地址 231 E 123 St | | | | |
| 電話 | | | | |
| 數量 | 項目 | | 單價 | 總價 |
| 1 | 大型搬修攺 | | | 650 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Tax | |
| | | | Deposit | |
| *Thank you!* | | | Total | 650 |

福州清理垃圾
**J S LIN COMPANY**
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3301

| 客戶名稱 | | | 日期 10/05 |
|---|---|---|---|
| 地址 231 E 123 St | | | |
| 電話 | | | |
| 數量 | 項目 | 單價 | 總價 |
| 1 | 大車垃垃圾 | | 650 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Tax | |
| | | Deposit | |
| *Thank you!* | | Total | 650 |

福州清理垃圾
**J S LIN COMPANY**
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3367

| 客戶名稱 | | | 日期 10/26 |
|---|---|---|---|
| 地址 231 E 123 ST | | | |
| 電話 | | | |
| 數量 | 項目 | 單價 | 總價 |
| 1 | 公司拉 材料到 231 E 123 优 | | |
| 1 | | | 220 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Tax | |
| | | Deposit | |
| | | Total | 220 |

*Thank you!*

福州清理垃圾
# J S LIN COMPANY
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3389

| 客戶名稱 | | | 日期 11/2 |
|---|---|---|---|
| 地址 231 E 123" St | | | |
| 電話 | | | |
| 數量 | 項目 | 單價 | 總價 |
| 1 | | | 280 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Tax | |
| | | Deposit | |
| *Thank you!* | | Total | 280 |

# 福州清理垃圾
## J S LIN COMPANY
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3235

| 客戶名稱 | | 日期 01/11/2021 | |
|---|---|---|---|
| 地址 2-31 E 123 St | | | |
| 電話 | | | |
| 數量 | 項目 | 單價 | 總價 |
| 1 | 大件垃圾垃圾 | | 650 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Tax | |
| | | Deposit | |
| Thank you! | | Total | 650 |

福州清理垃圾
**J S LIN COMPANY**
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3462

| 客戶名稱 | | | 日期 01/16/2021 | |
|---|---|---|---|---|
| 地址 231 E123 ST | | | | |
| 電話 | | | | |
| 數量 | 項目 | 單價 | 總價 | |
| 1 | 大車拉垃圾 | | 650 | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  |  |  | |
|  |  | Tax |  | |
|  |  | Deposit |  | |
| *Thank you!* | | Total | 650 | |

福州清理垃圾
## J S LIN COMPANY
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3467

| 客戶名稱 | | | 日期 01/17/ |
|---|---|---|---|
| 地址 2-31-E 123 St | | | |
| 電話 | | | |

| 數量 | 項目 | 單價 | 總價 |
|---|---|---|---|
| 1 | 大件垃圾 | | 650 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Tax | |
| | | Deposit | |
| *Thank you!* | | Total | 650 |

福州清理垃圾
## J S LIN COMPANY
P.O. Box 521801
Flushing,, NY 11352
Tel: 917-346-0821 / 646-258-7707

3386

| 客戶名稱 | | | 日期 02/20/2 |
|---|---|---|---|
| 地址 231 E 123 St | | | |
| 電話 | | | |
| 數量 | 項目 | 單價 | 總價 |
| 1 | 挖垃圾 | | 280 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Tax | |
| | | Deposit | |
| *Thank you!* | | Total | 280 |

# TRIBOROUGH
## Scaffolding & Hoisting

**ESTIMATE**

| Date | Estimate # |
|------|-----------|
| 7/23/2018 | 14170 |

131-02 40th Road 2nd floor, Flushing, NY 11354
718-886-1300 (P)    718-886-7800 (F)
Email : info@triboroscaffolding.com

| Name/Address | Ship To |
|--------------|---------|
| CTI CONSTRUCTION INC. | 193 HANCOCK STREET |
| 33-54 FARRINGTON STREET,3RD FLOOR | BROOKLYN |
| FLUSHING,NY 11354 | |

| Terms | Rep | FOB | Project |
|-------|-----|-----|---------|
| SEE NOTES | JB | | 31-16 LINDEN PLACE |

| Item | Description | Total |
|------|-------------|-------|
| HDSB | LABOR TO FURNISH, ERECT AND DISMANTLE HEAVY DUTY SIDE WALK BRIDGE APPROXIMATELY 16' LONG X 25' WIDE X 8' TO 16' TALL AS FOLLOWS:<br><br>INCLUDES:<br>1.ERECT AND DISMANTLE<br>2.ONE PERMIT<br>3.THREE MONTHS RENT $500.00 PER 28 DAYS + TAX THERE AFTER<br>4.200 WATT VAPOR PROOF LIGHTS<br><br>ECLUDES:<br>1.REPAIRS DUE TO DAMAGES CAUSED BY OTHERS<br>2.SIGN OFF ADD $400.00 EACH<br>3.MAINTANCE OF LIGHTS<br><br>PAYMENT TERMS:50% PRIOR TO START 40% AT TIME OF COMPLETION 10% PRIOR TO DISMANTLE | |

Jared Bohrer
Cell: 908-586-9726

Please fax signed estimate to 718-886-7800

| | |
|--|--|
| Subtotal | $ 14,000.00 |
| Sales Tax (8.875%) | $ 1,242.50 |
| TOTAL | **$15,242.50** |

ALL EQUIPMENT and LABOR to MEET or EXCEED all OSHA REGULATIONS.

Signature _____

# COMBINED  ELECTRICAL CONTRACTING INC. p2

LICENSED ELECTRIC CONTRACTOR

33-70 Prince Street,Suite 706

Flushing,NY 11354

TEL;(718)353-0831

Cell;(917)664-6508,917-682-8035

| Proposal Submitted To: | | Phone No: Tel: (718)886-8845 | Date:08/03/2018 |
| --- | --- | --- | --- |
| Cti construction INC | | Fax: (718)539-0556 | |
| Street: | | Job Name: | |
| 30-50 Whitestone Expy., STE # 101B | | Electric work completed | |
| City,Stae and Zip Code: | | Job Loction: | |
| Flushing, NY 11354 | | 193 Hancock St., Brooklyn | |
| Architect: | Date of Plans: | Job Phone No: | |

The Contractor and Subcontractor for the considerations  agree as set
 forth below:

Cti construction INC

Flushing, NY 11354


Subcontractor;

Everbright Maintenance INC

60-11 146 th street

Flushing NY 11355

Tel;917-682-8035


Building Owner;

1)Agreement Date;        08/03/2018


2)Contract Sum;   $65,000.00  Dollars.

Payment Schedule:

Due upon signing of contract ---------------------------------------------- (20%)

Due upon Install of equipment  and wires before----------------------------------------- (40%)

Due upon completion and test ---------------------- (30%)

Due upon completion of NYC inspection ----------------------------- (10%)


ACCEPTANCE OF PROPOSAL-the above prices, specifications and conditions are satisfactory
and are herby accepted. You are authorize to do the work as specified. Payment be made as
outlined above.


COMBINED  ELECTRICAL CONTRACTING INC.          Cti construction INC

SIGN BY     GORDEN Tan                          SIGN BY     President

_____                     _____


DATE of acceptance:  _____

# COMBINED  ELECTRICAL CONTRACTING INC.

LICENSED ELECTRIC CONTRACTOR

33-70 Prince Street,Suite 706

Flushing,NY 11354                                                                                          p1

TEL;(718)353-0831

Cell;(917)664-6508,917-682-8035

| Proposal Submitted To: | | Phone No: Tel: (718)886-8845 | | Date:08/03/2018 |
|---|---|---|---|---|
| Cti construction INC | | Fax: (718)539-0556 | | |
| Street: | | Job Name: | | |
| 30-50 Whitestone Expy., STE # 101B | | Electric work completed | | |
| City,Stae and Zip Code: | | Job Loction: | | |
| Flushing, NY 11354 | | 193 Hancock St., Brooklyn | | |
| Architect: | Date of Plans: | | Job Phone No: | |
| | | | | |

main power;

a 120v/208v 200 AMPS 2 phase 3 wires meter bank for P,L,P,

a 120v/208v 200 AMPS 2 phase 3 wires main breaker panel for P,L,P,

2 of 120v/208v 200 AMPS 2 phase 3 wires meter bank for Apartment

2 of 120v/208v 200 AMPS 2 phase 3 wires disconnect switch for  apartment.

2 of 120v/208v 200 AMPS 2 phase 3 wires main lock panel for apartment.

3 of 120v/208v 100 AMPS 2 phase 3 wires for main lock panel at the apartment.

a end line box for service entrance decided br conEdison.

a #2 wire for new ground and the water ground.


Filling paper works;

Electrical work permit and the job sign off for C/O .


General wiring for each apartment;

Install all the outlet and the GFCI to finish by city code.

4 of lighting fixture ,each for liviingroom,bedroom,bathroom.

each apartment .

a base intercom wires for each apartment.


Hallway wiring;

Install all the lighting  and the outlet at hallway by plan.

Install all the exit and emergency light by the plan to finish.

Install all the lighting for outside to finish by the plan.

Install all the power for park garage at basement.

Install a 120v/208v 15 AMPS disconnect switch or GFCI for pump.



Notes; All the lighting fixture,dimmer switch ,machine,fans are no include.


This job to complete follow the drawing Date;02/21/2018