# Exhibit C

231 E 123 LLC
13 Week Working Capital Sheet

| | week ending 9/11/21 | week ending 9/18/21 | week ending 9/25/21 | week ending 10/2/21 | week ending 10/9/21 | week ending 10/16/21 | week ending 10/23/21 | week ending 10/30/21 | week ending 11/6/21 | week ending 11/13/21 | week ending 11/20/21 | week ending 11/27/21 | week ending 12/4/21 | week ending 12/11/21 | week ending 12/18/21 | week ending 12/25/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Income | | | - | 7,000 | - | - | - | 7,000 | - | - | - | - | 7,000 | - | - | |
| Accounts Receivable collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash In:** | | | | | | | | | | | | | | | | |
| Loan Advances | 0 | | | | | | | | | | | | | | | |
| Total cash in | 0 | 0 | 0 | 7,000 | 0 | 0 | 0 | 0 | 7,000 | 0 | 0 | 0 | 0 | 7,000 | 0 | 0 |
| **Cash Out:** | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | |
| Other Payments: | | | | | | | | | | | | | | | | |
| Legal / Accountant/UST Fees | | | | 1,380 | | | | | | | | | 200,000 | | | |
| Insurance | | 943 | | | | | | | | | 943 | | | | 943 | |
| Electric Utilities | | | | | | | | | | | | | | | | |
| Gas Utilities | | | | | | | | | | | | | | | | |
| Water / Sewer | | | | | | | | | | | | | | | | |
| Garbage/Debris Removal | | | | | 3,670 | | | | | | | | | | | |
| Gas | | | | | | | | | | | | | | | | |
| Landscaping Paver | | | | | | | 34,100 | | | | | | | | | |
| Roof Paver | | | | | | | | | 15,750 | | | | | | | |
| HVAC Work | | | 24,000 | | | | | | | | | | | | | |
| Elevator Installation | | 52,869.06 | | | | | | | | | | | | | | |
| Lease Brokerage Fees | 14,000 | | | | | | | | | | | | | | | |
| Electrical Work | 39,000 | | | | | | | | | | | | | | | |
| Plumbing Work | 20,150 | | | | | | | | | | | | | | | |
| Stairs/ Railings/ Structural Work | | | | | | 28,845.15 | | | | | | | | | | |
| Masonry Work | | | | | | | | | | | | | | | | |
| Appliances | | | | | | | | | | | | | | | | |
| Cleaning, Repairs & Maintenance | | | | | 700 | | | | 700 | | | | | 700 | | |
| Office Supplies/Shipping | | | | | | | | | | | | | | | | |
| Bank Fees / Wire Fees | | | | 30 | | | | | 30 | | | | | 30 | | |
| Eviction Costs | | | | | | | | | | | | | | | | |
| Return Sec Deposit - Exited Tenant | | | | | | | | | | | | | | | | |
| Real Estate Taxes | | | | 27,144 | | | | | | | | | | | | |
| Violation | | | | | | | | | | | | | | | | |
| Sidewalk shed, pipe scaffolding | | | | 8,018.96 | | | | | | | | | | | | |
| Mangement/ General Condition | | | | | | | | | | | 25,753 | | | | | |
| Inspection/ Sign Off | | | | | | | | | 15,000 | | | | | | | |
| Tax Abatement Application | 50,000 | | | | | | | | | | | | | | | |
| Marketing Deposit | 16,667 | | | | | | | | | | | | | | | |
| Total Other Payments | 139,817 | 53,812 | 24,000 | 36,573 | 4,370 | 28,845 | 34,100 | 15,780 | 15,700 | 25,753 | 943 | 0 | 200,030 | 700 | 943 | 0 |
| Total Disbursements | 139,817 | 53,812 | 24,000 | 36,573 | 4,370 | 28,845 | 34,100 | 15,780 | 15,700 | 25,753 | 943 | 0 | 200,030 | 700 | 943 | 0 |
| Net operating cash flow (deficit) | (139,817) | (53,812) | (24,000) | (29,573) | (4,370) | (28,845) | (34,100) | (15,780) | (8,700) | (25,753) | (943) | 0 | (200,030) | 6,300 | (943) | 0 |
| Loc advances (payments) | | | | | | | | | | | | | | | | |
| Beginning cash | 19,300 | (120,517) | (174,329) | (198,329) | (227,902) | (232,272) | (261,117) | (295,217) | (310,997) | (319,697) | (345,450) | (346,393) | (346,393) | (546,423) | (540,123) | (541,066) |
| Ending Cash | (120,517) | (174,329) | (198,329) | (227,902) | (232,272) | (261,117) | (295,217) | (310,997) | (319,697) | (345,450) | (346,393) | (346,393) | (546,423) | (540,123) | (541,066) | (541,066) |
| Loan Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |