# Exhibit D

193 Hancock LLC
13 Week Cash Collateral Budget

| | week ending 9/11/21 | week ending 9/18/21 | week ending 9/25/21 | week ending 10/2/21 | week ending 10/9/21 | week ending 10/16/21 | week ending 10/23/21 | week ending 10/30/21 | week ending 11/6/21 | week ending 11/13/21 | week ending 11/20/21 | week ending 11/27/21 | week ending 12/4/21 | week ending 12/11/21 | week ending 12/18/21 | week ending 12/25/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Income | - | 0 | - | 14,000 | - | - | - | - | 14,000 | - | - | - | 14,000 | - | - | - |
| Accounts Receivable collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash In:** | | | | | | | | | | | | | | | | |
| Loan Advances | 0 | | | | | | | | | | | | | | | |
| Total cash in | 0 | 0 | 0 | 14,000 | 0 | 0 | 0 | 0 | 14,000 | 0 | 0 | 0 | 14,000 | 0 | 0 | 0 |
| **Cash Out:** | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | |
| Other Payments: | | | | | | | | | | | | | | | | |
| Legal / Accountant/UST fees | | | 576 | | | | | | | | | | 200,000 | | | |
| Insurance | | | | | | | | | | | | | | | | |
| Electric Utilities | | | | | | | | | | | | | | | | |
| Gas Utilities | | | | | | | | | | | | | | | | |
| Water / Sewer | | | | | | | | | | | | | | | | |
| Garbage/Debris Removal | | 840 | | | | | | | | | | | | | | |
| Gas | | | | | | | | | | | | | | | | |
| Landscaping Paver | | | 19,360 | | | | | | | | | | | | | |
| HVAC Work | | | | | | | | | | | | | | | | |
| Elevator Installation | | | | | | | | | | | | | | | | |
| Lease Brokerage Fees | 7,000 | | | | | | | | 7,000 | | | | | | | |
| Electrical Work | 24,000 | 2,370 | | | | | | | | | | | | | | |
| Plumbing Work | | | | | | | | | | | | | | | | |
| Stairs and Railings | 13,500 | | | | | | | | | | | | | | | |
| Expediting Fees | | | 4,000 | | | | | | | | | | | | | |
| Masonry Work | | | | | | | | | | | | | | | | |
| Cleaning, Repairs & Maintenance | | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Office Supplies/Shipping | | | | | | | | | | | | | | | | |
| Bank Fees / Wire Fees | | | | 30 | | | | 30 | | | | | 30 | | | |
| Eviction Costs | | | | | | | | | | | | | | | | |
| Return Sec Deposit - Exited Tenant | | | | | | | | | | | | | | | | |
| Appliances | | | | 5,000 | | | | | | | | | | | | |
| Façade | 11,050 | | | | 24,050 | | | | | | | | | | | |
| Real Estate Taxes | | | | 1,362 | | | | | | | | | | | | 454 |
| Sidewalk shed, pipe scaffolding | | 1,960 | | | | | | | | | | | | | | |
| Mangment/ General Condition | | | | | | | 9,892 | | | | | | | | | |
| Inspection/ Sign Off | | | | | | | | 15,000 | | | | | | | | |
| Marketing Deposit | 16,667 | | | | | | | | | | | | | | | |
| Total Other Payments | 72,217 | 9,320 | 20,086 | 6,542 | 24,200 | 10,042 | 15,150 | 180 | 7,150 | 150 | 150 | 150 | 200,180 | 150 | 150 | 604 |
| Total Disbursements | 72,217 | 9,320 | 20,086 | 6,542 | 24,200 | 10,042 | 15,150 | 180 | 7,150 | 150 | 150 | 150 | 200,180 | 150 | 150 | 604 |
| Net operating cash flow (deficit) | (72,217) | (9,320) | (20,086) | 7,458 | (24,200) | (10,042) | (15,150) | (180) | (7,150) | (150) | (150) | (150) | (186,180) | (150) | (150) | (604) |
| Loc advances (payments) | | | | | | | | | | | | | | | | |
| Beginning cash | 7,000 | (65,217) | (74,536) | (94,622) | (87,164) | (111,364) | (121,406) | (136,556) | (136,736) | (143,886) | (144,036) | (144,186) | (144,336) | (330,516) | (330,666) | (330,816) |
| Ending Cash | (65,217) | (74,536) | (94,622) | (87,164) | (111,364) | (121,406) | (136,556) | (136,736) | (143,886) | (144,036) | (144,186) | (144,336) | (330,516) | (330,666) | (330,816) | (331,420) |
| Loan Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |