# Exhibit E

285 Kingsland Ave
13 Week Working Capital Sheet

| | week ending 9/11/21 | week ending 9/18/21 | week ending 9/25/21 | week ending 10/2/21 | week ending 10/9/21 | week ending 10/16/21 | week ending 10/23/21 | week ending 10/30/21 | week ending 11/6/21 | week ending 11/13/21 | week ending 11/20/21 | week ending 11/27/21 | week ending 12/4/21 | week ending 12/11/21 | week ending 12/18/21 | week ending 12/25/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts Receivable collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash In:** | | | | | | | | | | | | | | | | |
| Loan Advances | 0 | | | | | | | | | | | | | | | |
| Total cash in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash Out:** | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | |
| Other Payments: | | | | | | | | | | | | | | | | |
| Legal/Accounting/UST Fees | | | | $2,028 | | | | | | | | | $200,000 | | | |
| Insurance | | | | $785 | | | | | $785 | | | | $785 | | | |
| Landscaping Paver | | | | | | | | | | | | | | | | |
| Roof Paver | | | | | | | | | | | | | | | | |
| Bank Fees / Wire Fees | | | | $30 | | | | | $30 | | | | $30 | | | |
| Real Estate Taxes | | | | $1,536 | | | | | | | | | | | | |
| Sidewalk shed, pipe scaffolding | $43,000 | | | | | | | | | | | | | | | |
| Electrical | $11,800 | | | | $2,337 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 | $2,333 |
| Exterior wall | $7,100 | $7,100 | $7,100 | $7,100 | | | | | | | | | | | | |
| Framing, insulation, sheetrock and painting | $62,040 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 |
| Plumbing | $55,900 | | | | $4,660 | $4,660 | $4,658 | $4,658 | $4,658 | $4,658 | $4,658 | $4,658 | $4,658 | $4,658 | $4,658 | $4,658 |
| Watermain | | | | | | | | | | | $19,000 | | | $8,000 | | |
| HVAC | $30,000 | | | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| Door and Window | | | | | | | | | | | | | | | | |
| Interior finish & fixture | | | | | | | | | | | | | $15,000 | $11,180 | $11,180 | $11,180 |
| Sidewalk BPP | | | | | | | | | | | | | | | | |
| Waterproofing | $23,109 | | | | | | | | | | | | | | | |
| Re permit | $30,000 | | | | | | | | | | | | | | | |
| Mangement/ General Condition | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 | $4,195 |
| Inspection/ Sign Off | | | | | | | | | | | | | | | | |
| Marketing Deposit | $16,667 | | | | | | | | | | | | | | | |
| Total Other Payments | 283,811 | 18,295 | 18,295 | 20,646 | 20,692 | 20,688 | 20,686 | 21,501 | 20,686 | 20,686 | 39,686 | 20,686 | 236,501 | 39,866 | 31,866 | 31,866 |
| Total Disbursements | 283,811 | 18,295 | 18,295 | 20,646 | 20,692 | 20,688 | 20,686 | 21,501 | 20,686 | 20,686 | 39,686 | 20,686 | 236,501 | 39,866 | 31,866 | 31,866 |
| Net operating cash flow (deficit) | (283,811) | (18,295) | (18,295) | (20,646) | (20,692) | (20,688) | (20,686) | (21,501) | (20,686) | (20,686) | (39,686) | (20,686) | (236,501) | (39,866) | (31,866) | (31,866) |
| Loc advances (payments) | | | | | | | | | | | | | | | | |
| Beginning cash | 19,300 | (264,511) | (282,806) | (301,101) | (321,747) | (342,439) | (363,127) | (383,813) | (405,314) | (426,000) | (446,686) | (486,372) | (507,058) | (743,559) | (783,425) | (815,291) |
| Ending Cash | (264,511) | (282,806) | (301,101) | (321,747) | (342,439) | (363,127) | (383,813) | (405,314) | (426,000) | (446,686) | (486,372) | (507,058) | (743,559) | (783,425) | (815,291) | (847,157) |
| Loan Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |