# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **1121 PIER VILLAGE LLC,** | : | **Lead Case No. 21-11466 (ELF)** |
| **PENN TREATY HOMES LLC,** | : | |
| **2626 FRANKFORD LLC,** | : | **Jointly Administered** |
| **285 KINGSLAND LLC,** | : | |
| **231 E 123 LLC,** | : | |
| **193 HANCOCK LLC,** | : | |
| | : | |
| **Debtors.** | : | |

## ORDER GRANTING DEBTORS' MOTION TO PAY CRITICAL VENDORS OR, IN THE ALTERNATIVE ASSUME EXECUTORY CONTRACTS

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of the Debtors by and through proposed undersigned counsel, Obermayer Rebmann Maxwell & Hippel LLP, for the entry of an Order pursuant to sections 105(a), 363(b), 365 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the debtors 231 E 123 LLC and 193 Hancock LLC (the "Debtors") to pay critical vendors, or in the alternative assume executory contracts (the "Motion")[1]; and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The Debtors are authorized to pay the Contractors as critical vendors from proceeds of the Loan in the amounts set forth in the Approved Budgets.

BY THE COURT:

_____
Honorable Eric L. Frank
United States Bankruptcy Judge

---

[1] All capitalized defined terms shall have the meaning ascribed to them in the Motion.