**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**1121 PIER VILLAGE LLC,**<br>**PENN TREATY HOMES LLC,**<br>**2626 FRANKFORD LLC,**<br>**285 KINGSLAND LLC,**<br>**231 E 123 LLC,**<br>**193 HANCOCK LLC,**<br><br>**Debtors.** | Chapter 11<br><br>Lead Case No. 21-11466-ELF<br><br>Jointly Administered |

*APPLICATION OF ANN E. PILLE TO PRACTICE*
*IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Ann E. Pille, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number <u>n/a</u>, for the $40.00 admission fee.

A.     *I state that I am currently admitted to practice in the following state jurisdictions:*

| Illinois | 11/04/2004 | 6283759 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Iowa | 03/28/2018 | AT0013594 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.     *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where | (Admission date) | (Attorney Identification |

C.     *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States*

*I am entering my appearance for*   *Sharestates Investments, LLC*

_____
(Applicant's Signature)
_____
(Date)

Name of Applicant's   Reed Smith LLP

Firm Address   _____

10 S. Wacker Drive, 40th Floor, Chicago, IL  60606

Telephone Number   _____

(312) 207-3870

Email Address

apille@reedsmith.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2021 (Date)

_____
(Applicant's Signature)

04/20

<u>Federal District Courts</u>

The United States District Court for the Northern District of Illinois – Admitted 02/02/2005
The United States District Court for the Central District of Illinois – Admitted 09/18/2006
The United States District Court for the Southern District of Illinois – Admitted 09/12/2006
The United States District Court for the Eastern District of Wisconsin – Admitted 07/21/2009
The United States District Court for the Western District of Wisconsin – Admitted 07/21/2009
The United States District Court for the Northern District of Indiana – Admitted 02/23/2010
The United States District Court for the Southern District of Indiana – Admitted 2/19/2021
The United States District Court for the Eastern District of Michigan – Admitted 05/23/2012
The United States District Court for the Western District of Michigan – Admitted 04/15/2020

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Ann E. Pille_____to practice

in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Lauren S. Zabel | /s/ Lauren S. Zabel | /  /2010 | 3 0 9 2 2 0 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE  NUMBER:

Reed Smith LLP

1717 Arch Street, Suite 3100, Philadelphia, PA 19103

(215) 851-8100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on___9/8/21_____          _____/s/ Lauren S. Zabel_____
(Date)                                                                                    (Sponsor's  Signature)