**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | 1121 PIER VILLAGE, LLC, et al. | : | Chapter 11 |
| | | : | |
| | Debtors, | : | Bky. No. 21-11466 ELF |
| | | : | |
| | | : | JOINTLY ADMINISTERED |

# O R D E R

**AND NOW**, with respect to:

- the Objection to the Application to Appoint Obermayer Rebmann Maxwell & Hippel LLP as counsel to the Debtors ("**the Sharestates Objection**");

- the Motions filed at Doc. #'s 104, 105, 106, 111, 114 , 116 and 120 ("**the Substantive Motions**");

- the Debtors' Motion for Approval of the Disclosure Statement (Doc. # 149) ("**the DS Motion**")

**AND**, upon consideration of the Stipulation filed by the parties (Doc. # 151);

**AND**, following a colloquy with interested counsel on **September 17, 2021**;

It is hereby **ORDERED** that:

1. The hearing on the **Sharestates Objection** is **CONTINUED** from **September 23, 2021** to **October 7, 2021, at 10:00 a.m.** and will continue to be a remote hearing conducted by video conference.[1]

2. The deadline in Paragraphs 6-7 in the court's prior **Sharestates Objection** scheduling Order (Doc. # 139) (hereafter, and in general, "the Witness and Document Disclosure

---

[1] With respect to all of the video conference hearings scheduled in this Order, parties wishing to attend may obtain the contact information from the Courtroom Deputy.

1

Requirements") is **EXTENDED** to **October 5, 2021, at 1:00 p.m.**

3. Paragraphs 9-10 of the prior **Sharestates Objection** scheduling Order remain in effect.

**************************

4. The hearings on the **Substantive Motions** are **CONTINUED** from **September 27, 2021** to **October 25, 2021, at 9:00 a.m.** and will continue to be remote hearings conducted by video conference.

5. The deadline for filing objections to the Substantive Motions is **EXTENDED** to **October 15, 2021**.

6. The deadline for complying with the Witness and Document Disclosure Requirements for the hearings on the Substantive Motions is **EXTENDED** to **October 21, 2021, at 1:00 p.m.**

**************************

7. The hearing on the **DS Motion** is **CONTINUED** from **October 13, 2021** to **November 4, 2021, at 10:00 a.m.** and will be a remote hearing conducted by video conference.

8. The deadline for filing objections to the **DS Motion** is **EXTENDED** to **October 20, 2021**.

9. The Witness and Document Disclosure Requirements for the hearings on the **Sharestates Objection** and the **Substantive Motions** shall apply as well to the hearing on the **DS Motion**.

10. The deadline for complying with the Witness and Document Disclosure Requirements for the hearing on the **DS Motion** is **November 2, 2021, at 1:00 p.m.**

**Date:  September 17, 2021**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE