United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11466-elf |
| 1121 Pier Village LLC | Chapter 11 |
| Penn Treaty Homes LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | 1121 Pier Village LLC, MAILING ADDRESS:, 93-16 71st Drive, Forest Hills, NY 11375-6709 |
| db | +++ | 1121 Pier Village LLC, 1121-31 N Delaware Avenue, Philadelphia, PA 19125-4301 |
| db | | 193 Hancock LLC, MAILING ADDRESS:, 93-16 71st Drive, Forest Hills, NY 11375-6709 |
| db | | 231 E 123 LLC, MAILING ADDRESS, 93-16 71st Drive, Forest Hillls, NY 11375-6709 |
| db | | 2626 Frankford LLC, MAILING ADDRESS:, 93-16 71st Drive, Forest Hills, NY 11375-6709 |
| db | | 285 Kingsland LLC, MAILING ADRESS, 93--16 71st Dr., Forest Hills, NY 11375-6709 |
| db | | Penn Treaty Homes LLC, MALING ADDRESS, 93-16 71st Drive, Forest Hills, NY 11375-6709 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM H. ISENBERG | |
| | on behalf of Creditor Delaware River Waterfront Corporation aisenberg@saul.com |
| ANGELA LYNN MASTRANGELO | |
| | on behalf of Debtor Penn Treaty Homes LLC mastrangelo@bk-legal.com |
| ANGELA LYNN MASTRANGELO | |
| | on behalf of Debtor 2626 Frankford LLC mastrangelo@bk-legal.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 7 |

ANGELA LYNN MASTRANGELO
    on behalf of Debtor 231 E 123 LLC mastrangelo@bk-legal.com

ANGELA LYNN MASTRANGELO
    on behalf of Debtor 1121 Pier Village LLC mastrangelo@bk-legal.com

ANGELA LYNN MASTRANGELO
    on behalf of Debtor 193 Hancock LLC mastrangelo@bk-legal.com

ANGELA LYNN MASTRANGELO
    on behalf of Debtor 285 Kingsland LLC mastrangelo@bk-legal.com

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID M. KLAUDER
    on behalf of Debtor 2626 Frankford LLC dklauder@bk-legal.com ldees@bk-legal.com

DAVID M. KLAUDER
    on behalf of Debtor 1121 Pier Village LLC dklauder@bk-legal.com ldees@bk-legal.com

DAVID M. KLAUDER
    on behalf of Debtor Penn Treaty Homes LLC dklauder@bk-legal.com ldees@bk-legal.com

DAVID M. KLAUDER
    on behalf of Debtor 285 Kingsland LLC dklauder@bk-legal.com ldees@bk-legal.com

DAVID M. KLAUDER
    on behalf of Debtor 231 E 123 LLC dklauder@bk-legal.com ldees@bk-legal.com

DAVID M. KLAUDER
    on behalf of Debtor 193 Hancock LLC dklauder@bk-legal.com ldees@bk-legal.com

EDMOND M. GEORGE
    on behalf of Plaintiff 2626 Frankford LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Debtor 1121 Pier Village LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Debtor 2626 Frankford LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Debtor 231 E 123 LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Plaintiff 231 E 123 LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Debtor 285 Kingsland LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Plaintiff 285 Kingsland LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Plaintiff 193 Hancock LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Debtor Penn Treaty Homes LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Plaintiff 1121 Pier Village LLC
    michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;colleen.schmidt@obermayer.com

Case 21-11466-elf    Doc 337    Filed 12/17/21    Entered 12/18/21 00:30:44    Desc
Imaged Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 7 |

EDMOND M. GEORGE
on behalf of Plaintiff Penn Treaty Homes LLC
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Debtor 193 Hancock LLC
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

FRANCIS J. LAWALL
on behalf of Interested Party PV DL LLC francis.lawall@troutman.com  susan.henry@troutman.com,wlbank@troutman.com

HOWARD GERSHMAN
on behalf of Creditor CTI Construction Inc hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

JANET L. GOLD
on behalf of Creditor Sharestates Investments DACL LLC jgold@egalawfirm.com
ksantiago@egalawfirm.com;dvillari@egalawfirm.com

JANET L. GOLD
on behalf of Creditor Sharestates Investments LLC jgold@egalawfirm.com
ksantiago@egalawfirm.com;dvillari@egalawfirm.com

JANET L. GOLD
on behalf of Creditor Sharestates Intercap Line LLC jgold@egalawfirm.com
ksantiago@egalawfirm.com;dvillari@egalawfirm.com

JANET L. GOLD
on behalf of Creditor Sharestates Investments LLC Series BC2017-00993 jgold@egalawfirm.com
ksantiago@egalawfirm.com;dvillari@egalawfirm.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOHN W KETTERING
on behalf of Interested Party Atlantis National Services Inc. jk@pietragallo.com

JOHN W KETTERING
on behalf of Defendant Radni Davoodi jk@pietragallo.com

JOHN W KETTERING
on behalf of Defendant Atlantis National Services  Inc. jk@pietragallo.com

JOHN W KETTERING
on behalf of Interested Party Radni Davoodi jk@pietragallo.com

JOHN W KETTERING
on behalf of Defendant Raymond Davoodi jk@pietragallo.com

JOHN W KETTERING
on behalf of Interested Party Raymond Davoodi jk@pietragallo.com

LAUREN S. ZABEL
on behalf of Defendant Sharestates Investments LLC lzabel@reedsmith.com

LAUREN S. ZABEL
on behalf of Sharestates Intercap Line LLC lzabel@reedsmith.com

LAUREN S. ZABEL
on behalf of Defendant Sharestates Intercap Line LLC lzabel@reedsmith.com

LAUREN S. ZABEL
on behalf of Creditor Sharestates Investments LLC lzabel@reedsmith.com

LAUREN S. ZABEL
on behalf of Creditor Sharestates Intercap Line LLC lzabel@reedsmith.com

MICHAEL D. VAGNONI
on behalf of Debtor 285 Kingsland LLC michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor 2626 Frankford LLC michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor 1121 Pier Village LLC michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
on behalf of Debtor 231 E 123 LLC michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 7 |

MICHAEL D. VAGNONI
    on behalf of Debtor Penn Treaty Homes LLC michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Debtor 193 Hancock LLC michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

RACHEL JAFFE MAUCERI
    on behalf of Creditor Henry J Stewart rmauceri@rc.com

RICHARD J. PARKS
    on behalf of Defendant Raymond Davoodi rjp@pietragallo.com jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS
    on behalf of Defendant Atlantis National Services Inc. rjp@pietragallo.com,
    jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS
    on behalf of Defendant Radni Davoodi rjp@pietragallo.com jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT S. LEVY
    on behalf of Creditor Abitare Design Studio LLC rob@cslattorneys.com, gia@cslattorneys.com

ROBERT S. LEVY
    on behalf of Creditor Urban Engineers Inc. rob@cslattorneys.com, gia@cslattorneys.com

SCOTT IAN UNGER
    on behalf of Defendant Allen Shayanfekr sunger@stark-stark.com

SCOTT IAN UNGER
    on behalf of Defendant Sharestates Intercap Line LLC sunger@stark-stark.com

SCOTT IAN UNGER
    on behalf of Defendant Radni Davoodi sunger@stark-stark.com

SCOTT IAN UNGER
    on behalf of Creditor Sharestates Intercap Line LLC sunger@stark-stark.com

SCOTT IAN UNGER
    on behalf of Defendant Atlantis National Services Inc. sunger@stark-stark.com

SCOTT IAN UNGER
    on behalf of Defendant Raymond Davoodi sunger@stark-stark.com

SCOTT IAN UNGER
    on behalf of Defendant Sharestates Investments LLC sunger@stark-stark.com

SCOTT IAN UNGER
    on behalf of Creditor Sharestates Investments LLC sunger@stark-stark.com

SCOTT P. SHECTMAN
    on behalf of Creditor Sharestates Intercap Line LLC sshectman@egalawfirm.com

SCOTT P. SHECTMAN
    on behalf of Creditor Sharestates Investments LLC sshectman@egalawfirm.com

SCOTT P. SHECTMAN
    on behalf of Creditor Sharestates Investments DACL LLC sshectman@egalawfirm.com

SCOTT P. SHECTMAN
    on behalf of Creditor Sharestates Investments LLC Series BC2017-00993 sshectman@egalawfirm.com

STEVEN J. ADAMS
    on behalf of Creditor Beacon Sales Acquisition Inc. d/b/a Allied Building Products sja@stevenslee.com, dda@stevenslee.com

TARA J. Schellhorn
    on behalf of Creditor Sharestates Investments LLC tschellhorn@riker.com jbeyer@riker.com

TARA J. Schellhorn
    on behalf of Defendant Sharestates Investments LLC tschellhorn@riker.com jbeyer@riker.com

THOMAS DANIEL BIELLI
    on behalf of Debtor 193 Hancock LLC tbielli@bk-legal.com ldees@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Debtor 285 Kingsland LLC tbielli@bk-legal.com ldees@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Debtor Penn Treaty Homes LLC tbielli@bk-legal.com ldees@bk-legal.com

District/off: 0313-2 User: admin Page 5 of 5
Date Rcvd: Dec 15, 2021 Form ID: pdf900 Total Noticed: 7

| Name | Details |
|---|---|
| THOMAS DANIEL BIELLI | on behalf of Debtor 1121 Pier Village LLC tbielli@bk-legal.com ldees@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Debtor 2626 Frankford LLC tbielli@bk-legal.com ldees@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Debtor 231 E 123 LLC tbielli@bk-legal.com ldees@bk-legal.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| Walter S Zimolong, 3RD | on behalf of Creditor Henry J Stewart wally@zimolonglaw.com admin@zimolonglaw.com |

TOTAL: 80

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 1121 PIER VILLAGE LLC, et al. | : | Case No. 21-11466 (ELF) |
| | : | |
| Debtors. | : | JOINTLY ADMINISTERED |

# O R D E R

      **AND NOW**, following a status conference held on **December 15, 2021**, it is hereby **ORDERED** that:

1. The hearing on the Motions to Convert or Dismiss Cases filed by Sharestates Investments LLC (Doc. #'s 267, 271) is **CONTINUED to December 20, 2021, at 9:00 a.m.**

2. All other matters **SCHEDULED** to be heard on **December 9, 2021** and **December 15, 2021** that remain pending are **CONTINUED to December 20, 2021, at 9:00 a.m. FOR DOCKET CONTROL PURPOSES**.

3. With respect to the Motions to Convert or Dismiss Cases, the parties shall exchange and provide the Courtroom Deputy with their Document and Witness Lists **on or before 5:00 p.m. on December 17, 2021**.

4. The hearing on Debtor's Application to Employ Obermayer Rebmann Maxwell & Hippel LLP as Special Counsel (Doc. # 211), presently **SCHEDULED** to be heard on **December 20, 2021, at 9:00 a.m.** is **CONTINUED**, to be rescheduled, if necessary after the court's ruling on the Motions described in Paragraph 1 above. The parties' obligation to exchange and provide the Courtroom Deputy with their Document and Witness Lists, as set forth in the court's order dated **November 17, 2021** (Doc. # 281) is **DEFERRED** pending further order of the court.

**Date: December 15, 2021**

                                              **ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**